UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-234-T-35SPF

CHRISTOPHER BRIAN COSIMANO,
ET AL.

## UNITED STATES OF AMERICA'S NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY AS TO ANY DEFENDANT

The United States of America hereby gives notice that, today, the Attorney General of the United States directed the Middle District of Florida not to seek the death penalty as to any death-eligible defendant in this case.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Natalie Hirt Adams
Natalie Hirt Adams
Assistant United States Attorney
United States Attorney No. 141
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
(813) 274-6220 – facsimile
E-mail: natalie.adams@usdoj.gov

**U.S. v. Cosimano, et al.**          **Case No. 8:18-cr-234-T-35SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Natalie Hirt Adams*
Natalie Hirt Adams
Assistant United States Attorney
United States Attorney No. 141
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:  natalie.adams@usdoj.gov
