UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:18-cr-234-T-35SPF

CHRISTOPHER BRIAN COSIMANO, ET AL

### DECEMBER 2018 JOINT STATUS REPORT

Pursuant to the Court's August 24, 2018 Order (Doc. 126), the United

States of America and the defendants jointly file the following status report:

1.      **Summary of the status of the case:**

The Government alleges the following:

The 69'ers Motorcycle Club is a nationwide 1% motorcycle club with

chapters in New York, New Jersey, Pennsylvania, North Carolina, Florida,

and Puerto Rico. Each of the defendants—Christopher Cosimano, Michael

Mencher, Allan Guinto, Erick Robinson, and Cody Wesling—were members

or prospective members of the Hillsborough County Chapter of the 69'ers,

also known as the "Killlsborough" Chapter.

The relationship between the 69'ers and the Outlaws Motorcycle Club

(the predominant motorcycle club in the State of Florida) was initially cordial,

but it soon turned hostile and outright violent. In April 2017, a group of

Outlaws savagely attacked Guinto and another member of the 69'ers and stole their leather vests. As a result, Cosimano vowed to take the lives of two Outlaws as retribution for the two stolen vests. In July 2017, Cosimano and Guinto were involved in the shooting of James Costa, the president of the St. Petersburg Chapter of the Outlaws. In August 2017, Cosimano and Guinto burned the Outlaws St. Petersburg clubhouse to the ground. Finally, in December 2017, Cosimano shot and killed Paul Anderson, the president of the Cross Bayou Chapter of the Outlaws. Mencher, Guinto, Robinson, and Wesling each were involved in the planning, execution, or cover-up of Anderson's murder.

On May 22, 2018, the grand jury charged Cosimano, Mencher, Guinto, Wesling, and Robinson with various crimes of violence and firearms offenses related to the attempted murder of James Costa and the murder of Paul Anderson. Doc. 1. Robinson and Mencher were also charged with a drug trafficking crime. *Id.*

On July 31, 2018, the grand jury returned a superseding indictment that specified the prong of the Florida murder statute referenced in Counts One and Two, and added the special findings necessary to seek a capital sentence. Doc. 79. On September 25, 2018, the grand jury returned a second superseding indictment further specifying the murder statute underpinning

Counts One and Two. Doc. 136. All defendants waived arraignment on the second superseding indictment. *See* Docs. 141, 142, 143, 152, 163.

The second superseding indictment charges Cosimano, Mencher, Guinto, and Wesling with offenses that carry the possibility of capital punishment. Doc. 136. On October 23, 2018, the Attorney General authorized and directed the United States Attorney's Office for the Middle District of Florida not to seek capital punishment as to any defendant. Doc. 175.

This case has been placed on the Court's March and April 2019 trial calendars. Doc. 71, p. 2.

2. **Possibility of a plea agreement as to the defendants:**

Guinto intends to plead guilty. It is not yet clear whether any other defendant will resolve his case short of trial.

3. **Number of days required for trial, for government's case-in-chief:**

At this stage in the proceedings, the United States believes that its case-in-chief would take approximately three weeks to present.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are seven pending motions (Docs. 81, 85, 135, 144, 145, and two motion under seal[1]), all of which are ripe for determination. Additionally,

---

[1] The United States is unable to provide docket numbers for the filings

Counsel for Robinson anticipates filing an unopposed motion for an in-person status conference to address a trial-date certain, which will enable him to seek the protection necessary to prevent conflicting trial obligations.

On August 3, 2018, Wesling and Mencher each filed a motion to sever his trial from that of all other defendants (Docs. 81, 85). The United States filed its opposition to each defendant's motion for severance on August 13, 2018. Docs. 97, 100. **The two severance motions (Docs 81 and 85) are ripe for determination.**

On September 21, 2018, Wesling filed a motion for discovery of information regarding the jury venire (Doc. 135), which Mencher (Docs. 151, 162) and Cosimano (Docs. 157, 177) adopted. The United States filed its partial opposition to the motion on October 5, 2018. Doc. 147. Wesling filed a reply thereto on October 17, 2018. Doc. 170. On November 1, 2018, United States Magistrate Judge Sean P. Flynn issued a report and recommendation that the Court grant in part and deny in part Wesling's motion. Doc. 184. Objections to the report and recommendation were due on November 15, 2018. None were filed. **This motion for discovery of jury venire information (Doc. 135) is, therefore, ripe for determination.**

---

under seal, because they have been sent to the United States without docket numbers, and the United States' request for docket numbers was declined.

On October 3, 2018, Wesling filed two motions to dismiss the indictment: one for duplicity (Doc. 144), which Mencher (Docs. 155, 166) and Cosimano (Docs. 158, 167) adopted, and one for failure to state a claim (Doc. 145), which Mencher (Docs. 154, 166) and Cosimano (Docs. 159, 167) adopted. The United States' filed its responses to the motions to dismiss on October 15, 2018. Docs. 168, 169. **The two motions to dismiss (Docs. 144 and 145) are, therefore, ripe for determination.**

Wesling filed under seal a motion to compel information related to confidential informants on October 30, 2018. The United States filed its response on November 13, 2018. **This motion to compel is ripe for determination.**

On December 10, 2018, defense counsel filed under seal a motion relating to case budgeting. **The budget motion is also ripe for determination.**

5. <u>**Potential speedy trial problems:**</u>

There are no speedy trial problems. The Court has found that the ends of justice outweigh the interests of the defendants and of the public in a speedy

trial (Doc. 59, p. 2) and has placed this case on its April and May trial

calendars (Doc. 72, p. 2).

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney


By:     /s/ Natalie Hirt Adams
        Natalie Hirt Adams
        Assistant United States Attorney
        United States Attorney No. 141
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        (813) 274-6220 – facsimile
        E-mail: natalie.adams@usdoj.gov

6

**U.S. v. Christopher Cosimano, et al.**          **Case No. 8:18-cr-234-T-35SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which

will send a notice of electronic filing to the following:

Jervis Wise, Esq.
Anne Borghetti, Esq.
Benjamin Stechschulte, Esq.
Jeff Brown, Esq.
T. Todd Doss, Esq.

By:     */s/ Natalie Hirt Adams*
        Natalie Hirt Adams
        Assistant United States Attorney
        United States Attorney No. 141
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        (813) 274-6220 – facsimile
        E-mail: natalie.adams@usdoj.gov