UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-234-T-35SPF

CHRISTOPHER BRIAN COSIMANO and
MICHAEL DOMINICK MENCHER

### GOVERNMENT'S PRELIMINARY WITNESS LIST

The United States of America submits the following list of the witnesses to be called during its case-in-chief:

1. Mario Affatati
2. Samantha Allee
3. Ronny Anzalone
4. Todd Beadel
5. Jason Becker
6. Benjamin Beson
7. Hans Bollenbacher
8. John Bowmer
9. Jay Blume
10. William Brooks
11. Olivia Brown
12. James Capezzutio
13. Austin Childress
14. Rhea Clarke
15. James Collins
16. Daniel Cooley
17. Michael Cosme
18. James Costa
19. Chet Cougill
20. Heidi Crider
21. Toni Davis
22. Robert Der
23. Janet Gardner
24. Brian Flemry
25. Paul Fuller
26. Jason Goldsmith
27. Travis Gondek
28. Bill Grimm
29. Allan Guinto
30. Timothy Harris

| | | | | |
|---|---|---|---|---|
| 31. | Det. Harris | 58. | Jason Mitow |
| 32. | Jeremy Hershelman | 59. | Allen Moyer |
| 33. | Howard Hermans | 60. | Wayne Mulder |
| 34. | James Hicks | 61. | Stacy Munro |
| 35. | Shane Hughes | 62. | David Murphy |
| 36. | Jeffrey Irwine | 63. | John Neal |
| 37. | Robin Jewett | 64. | Robert Neal |
| 38. | Chester Johnson | 65. | Ryan Oakley |
| 39. | Jeremiah Kay | 66. | James Odell |
| 40. | Amber Kelsey | 67. | Jesse Ohlau |
| 41. | Rut Aquino Knight | 68. | Willnayris Ortiz |
| 42. | Marc Lane | 69. | Jenifer Pelletier |
| 43. | Walt Lanier | 70. | Kristina Perez |
| 44. | Eugene Lasker, Jr. | 71. | Eric Pfenninger |
| 45. | Maximino Lebron, Jr. | 72. | Ashley Reed |
| 46. | Gloria Lin | 73. | Charles Redinger |
| 47. | Sean Logan | 74. | Stephanie Regan |
| 48. | Maria Macaluso | 75. | Jean Rincon |
| 49. | Arthur Mann | 76. | Reginald Robinson |
| 50. | James McCabe | 77. | Erick Robinson |
| 51. | Katrina McClelland | 78. | Nick Rogers |
| 52. | Gerald Mason | 79. | David Roque |
| 53. | Justin Massaro | 80. | Michael Rosa |
| 54. | Kip Mello | 81. | Asia Roth |
| 55. | Antonio Mesa | 82. | Matthew Schell |
| 56. | Michael Miller | 83. | Eric Schmidt |
| 57. | Susan Miller | 84. | Leonard Schreiber |

| | | | |
|---|---|---|---|
| 85. | Monte Schuler | 95. | Michael Talamo |
| 86. | Jay Scott | 96. | Todd Thulby, Jr. |
| 87. | Robert Sell | 97. | Michael Thull |
| 88. | Matt Sharp | 98. | Yesenia Toledo |
| 89. | Eric Shaw | 99. | Timothy Tourdo |
| 90. | Michael Shoup | 100. | Major Wells |
| 91. | Austin Sievers | 101. | Cody Wesling |
| 92. | Arthur Siurano | 102. | Carolyn White |
| 93. | Michelle Sweat-Ciani | 103. | Raymond Williamson |
| 94. | Sean Sweeney | | |

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:     */s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

*/s/ Natalie Hirt Adams*
Natalie Hirt Adams
Assistant United States Attorney
United States Attorney No. 141
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Natalie.Adams@usdoj.gov

**U.S. v. Cosimano**, *et al*.                     Case No. 8:18-cr-234-T-35SPF

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jervis Wise, Esq.

Anne Borghetti, Esq.

By:     */s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

*/s/ Natalie Hirt Adams*
Natalie Hirt Adams
Assistant United States Attorney
United States Attorney No. 141
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Natalie.Adams@usdoj.gov