UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:18-cr-234-T-35SPF | DATE: July 30, 2019 |
|---|---|
| HONORABLE MARY S. SCRIVEN | INTERPRETER: N/A |
| | LANGUAGE: |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER BRIAN COSIMANO (1) and<br>MICHAEL DOMINICK MENCHER (2) | GOVERNMENT'S COUNSEL:<br>AUSAs Carlton C. Gammons & Natalie H. Adams with ATF Special Agent Austin B. Childress<br><br>DEFENDANT'S COUNSEL:<br>J. Jervis Wise, CJA (1)<br>Anne F. Borghetti, CJA (2) |
| COURT REPORTER: David Collier | COURTROOM: 7A |
| TIME:<br>9:04 A.M.- 10:18 A.M.; 10:31 A.M. - 11:48 A.M.;<br>1:05 P.M. – 2:42 P.M.; 3:02 P.M. - 4:50 P.M. | TIME: 5 Hours, 56 Minutes |
| DEPUTY CLERK: Charmaine A. Black | |

## PROCEEDINGS: JURY SELECTION COMPLETED & TRIAL COMMENCED (DAY 2)

| | |
|---|---|
| 9:04 | Court in session.<br>The Court informs the parties that Juror #37 had a death in the family.<br>Juror #37 is excused for cause without objection.<br>Several jurors are late. |
| 9:29 | The afternoon jurors are present in the courtroom for continued *voir dire*.<br>The jurors are questioned individually. |
| 10:09 | Jurors exit the courtroom.<br>The following jurors were previously excused: Juror numbers 8, 11,12, 23, 24, 25, 26, 27, 29, 30, 36, 37, 40, 41, 42, 47, 48, 52, 55, 64, 65, 66, 70, 74, 76, 80, 85, 88, 91, 93, 94, 95, 96, 97, 98 and 99. |

*10:18 Comfort Break*

| | |
|---|---|
| 10:31 | Proceedings resume.<br>Defendant Cosimano has been ill due to something he ate yesterday, but states that he is able to go forward with the trial.<br>The Court will allow the Government 12 peremptory challenges and the defense will have 18 peremptory challenges.<br>Peremptory challenges are made.<br>The following jurors are selected: 1, 2, 3, 4, 7, 10, 13, 14, 17, 19, 21, 28, 31, 32, 33 and 38. |
| 11:05 | Jurors reenter the courtroom. |

|       |                                                                 |
|-------|-----------------------------------------------------------------|
|       | The selected jurors are seated.                                 |
|       | Unselected jurors are excused.                                  |
| 11:16 | The jury panel is sworn.                                        |
|       | The Court administers preliminary instructions.                 |
| 11:35 | Jurors exit the courtroom.                                      |

The Court is informed that Defendant Mencher's parents found their way to the jury assembly room and ate lunch with the venire panel.
Joan Mencher and Harry Mencher are brought into the courtroom, sworn and questioned by the Court.
The Court then inquires of the jurors whether any of them had a conversation with anyone while in the jury assembly room.

*Note: The Court has authorized the Jury Clerk to order lunch for the jurors.*
The selected jurors are excused for lunch.

Ms. Borghetti's paralegal is allowed to sit at the rear counsel's table.

*11:48 Lunch Break*

|      |                        |
|------|------------------------|
| 1:05 | Proceedings resume.    |
| 1:07 | Jurors are recalled.   |

### Opening Statements

| 1:08 | Opening Statements are made by AUSA Adams.    |
|------|------------------------------------------------|
| 1:29 | Opening Statements are made by Mr. Wise.       |
| 1:39 | Opening Statements are made by Ms. Borghetti.  |

### Government's Case-in-Chief

| 1:45 | Government's witness, **Defendant Allan Guinto**, is called to the stand, sworn and testifies. |

Direct examination by AUSA Gammons.
The witness identifies Defendant Mencher.
The following Government's Exhibits were entered into evidence: Exhibits 404, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 15, 310-1, 310-2, 310-3, 310-4, 310-5, 310-6, 310-7, 310-8 and 310-9.
Jurors exit the courtroom.

*2:42 Comfort Break*

| 3:02 | Proceedings resume. |

Jurors are recalled.
Direct examination of **Defendant Allan Guinto** resumes.
The following Government's Exhibits were entered into evidence: Exhibits 601, 402-1, 402-2 and 409.

*3:37 Sidebar*

The following Government's Exhibits were entered into evidence: Exhibits 223-1, 223-2, 223-3, 223-4 and 223-5.

| 4:03 | Cross examination of **Defendant Allan Guinto** by Mr. Wise. |

2

| | |
|---|---|
| 4:34 | The jurors are excused for the evening.<br>The Court instructs the jurors not to discuss the case, then excuses them for the day and instructs them to return tomorrow, Wednesday, July 31, 2019, at 9:00 A.M.<br>Jurors exit the courtroom.<br>The witness is excused for the evening and instructed not to discuss his testimony with anyone. |
| 4:36 | Discussions are held outside the presence of the jurors regarding Ms. Borghetti's potential cross examination of the witness Guinto about issues having to do with an arson.<br>The Court also discusses the Government's witness lineup for tomorrow. |
| 4:50 | Court in recess until tomorrow, July 31, 2019, at 9:00 A.M. |