

DISC-011471