

DISC-001264