

DISC-001335