Case 8:18-cr-00234-MSS-SPF   Document 384-96   Filed 08/12/19   Page 1 of 1 PageID 1798



DISC-001336