

mber 17-529182

DeWitt 203575
07/28/17

DISC-001205