

DISC-021274



DISC-021275




DISC-021277