


U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Evidence Identification Tag

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-17-0137 | RETAINED FOR EVIDENCE | 8/21/2017 | 000001 |

DESCRIPTION OF PROPERTY
FIREARM: HANDGUN, MNF: HECKLER AND KOCH, TYPE: PISTOL, MODEL: HK45, CAL: 45, FIN: BLACK, SN: 216-006634

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Jimmy's Sports Lounge<br>1200 Clearwater Largo RD,<br>Largo FL 33770- | GUINTO, Allan |

CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
| [signature] | 08/21/2017 |
| [signature] | 8/28/17 |
| [signature] MA 20045 | 10/04/17 |

BAR CODE INFORMATION
2042720

SPECIAL INSTRUCTIONS/REMARKS
with one (1) magazine

A5

1. C
3. C
5. D
6.
7. F
8. S
9. V
10.

20170310600
KNW

ATF Form 3400.11
Revised November 2004

(over)


.45 Auto
Heckler&Koch,Inc.
Columbus GA
Made in USA
17-0137
#1
NIBIN HCSO
Evidence Identification Tag
U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives
DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL


HK .45 Auto
216-008634
Heckler&Koch,Inc.
Columbus GA
Made in USA


U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
NIBIN
Evidence Identification Tag
17-0137
#1
HCSO
DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL
CASE NUMBER
ACTION
RETAINED FOR EVIDENCE
CUST DATE
8/21/2017
EXH #
DESCRIPTION OF PROPERTY
FIREARM HANDGUN, MF: HECKLER AND KOCH, TYPE: PISTOL, MODEL: HK45,
LOCATION RECOVERED FROM
Jimmy's Sports Lounge
1200 Clearwater Largo RD.
Largo FL
PERSON RECOVERED FROM
CHAIN OF CUSTODY
SIGNATURE
DATE
08/21/2017
8/25/17
10/04/17
BAR CODE INFORMATION
HK45C
45 Auto
HK45


U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
NIBIN HCSO
Evidence Identification Tag
17-0137
#1
DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL


Crimson Trace Corp.
DANGER
Complies with 21CFR 1040.10
17-0137
#1
NIRIN
HCSO