Exhibit 202 -096



Exhibit 202 -097



Exhibit 202 -098



DISC-006913

Exhibit 202 -099



Exhibit 202 -100



DISC-006915

Exhibit 202 -101



DISC-006916

Exhibit 202 -102



DISC-006917

Exhibit 202 -103



Exhibit 202 -104



Exhibit 202 -105





DISC-006921

Exhibit 202 -107



Exhibit 202 -108



Exhibit 202-109





DISC-006925

Exhibit 202 -11



Exhibit 202 -112



Exhibit 202 -113



Exhibit 202 -114



DISC-006929

Exhibit 202-115



Exhibit 202 -116





DISC-006932

Exhibit 202 -118



DISC-006933

Exhibit 202 -119



DISC-006934

Exhibit 202 -120



DISC-006935

Exhibit 202 -121



Exhibit 202 -122



Exhibit 202 -123



Exhibit 202 -124



Exhibit 202 -125

Exhibit 202-126



DISC-006941

Exhibit 202-127



Exhibit 202-128



Exhibit 202 -129



DISC-006944

Exhibit 202 -130



DISC-006945

Exhibit 202 -131



DISC-006946

Exhibit 202 -132



Exhibit 202 -133



Exhibit 202 -134



Exhibit 202 -135

Exhibit 202 -136







DISC-006965



DISC-006966

Exhibit 202 -140



DISC-006967

Exhibit 302-141



DISC-006968



DISC-006969

Exhibit 202 -143





Exhibit 202-148



DISC-006972

Exhibit 202 -146



DISC-006973

Exhibit 202-147



DISC-006974



Exhibit 202-149



DISC-006976