## U.S. Department of Justice
### Bureau of Alcohol, Tobacco, Firearms and Explosives

# Evidence Identification Tag

1. Case Number
2. Date
3.
5.
6.
7.
8.
9.
10.

ATF Form 3400.11
Revised November 2004

(over)

---

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**EVIDENCE IDENTIFICATION LABEL**

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 12/21/2017 | 000001 |

**DESCRIPTION OF PROPERTY**
FIREARM: HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 36, CAL: 45, SN: HVG723

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| GUINTO's girlfriend's residence 6800 N 13th ST, St. Petersburg FL 33702- | GUINTO, Allen |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] H. Rogers | 12/22/17 |
| [signature] | 12/22/17 |
| [signature] 17A0386 | |

**BAR CODE INFORMATION**
2087800

**SPECIAL INSTRUCTIONS/REMARKS** 17A0386

GLOCK
36
AUSTRIA
.45 Auto
GLOCK
U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Evidence Identification Tag
2. Date
1. Case Number
DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL
CASE NUMBER
ACTION
CUST DATE
12/21/2017
EXH #
000001
MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 36, CAL: 45,
LOCATION RECOVERED FROM
girlfriend's residence
13th ST,
St. Petersburg FL 33702-
PERSON RECOVERED FROM
GUINTO, Allen
CHAIN OF CUSTODY
SIGNATURE
DATE
12/22/17
SIGNATURE
DATE
12/22/17
SIGNATURE
17A0386
DATE
7/1/19
BAR CODE INFORMATION
2087800
SPECIAL INSTRUCTIONS/REMARKS
17A0386(1-19) 12/22/17
ATF Form 3400.11
Revised November 2004
(over)