

SHOOTING OF A PERSON 17-49652

TYPE OF OFFENSE _____  CASE NUMBER

12/22/17 ___ 2115   M. MACALUSO

DATE   TIME   PHOTOGRAPHER / LIFTED BY

INITIAL AND INDICATE EXACT LOCATION OF EACH LATENT LIFTED ON
OPPOSITE SIDE

@ F.SS   PASCO SHERIFF'S OFFICE

PSO# 3-0066   (REV. 9/06)

DISC-007122

Exhibit 210 -002



Exhibit 210 -003



Exhibit 210 -005



DISC-007136

Exhibit 210 -006



DISC-007137

Exhibit 210 -007



DISC-007138

Exhibit 210 -008

Exhibit 210 -009



Exhibit 210 -011



Exhibit 210 -012



DISC-007143

Exhibit 312-313



Exhibit 210 -014

Exhibit 210 -015



Exhibit 210 -016



Exhibit 210 -017



Exhibit 212-018







DISC-007154

Exhibit 210 -021



Exhibit 210-022



DISC-007156

Exhibit 210 -023



Exhibit 210 -024



Exhibit 210 -025



Exhibit 210 -026



DISC-007160



DISC-007161



Exhibit 210 -029



DISC-007163

Exhibit 210 -030



Exhibit 210-031



Exhibit 210 -032



Exhibit 210 -033



Exhibit 210 -034



Exhibit 210 -035



Exhibit 210 -036



Exhibit 210 -037



Exhibit 210 -038



DISC-007173



Exhibit 210 -041



Exhibit 210 -042



Exhibit 210 -043

Exhibit 210 -044



Exhibit 210 -046



Exhibit 210 -047



Exhibit 210 -048

DISC-007186



Exhibit 210 -049

DISC-007187



Exhibit 210 -050







DISC-007198

Exhibit 210 -054



DISC-007200

Exhibit 210 -055



DISC-007201

Exhibit 210 -056



DISC-007208

Exhibit 210 -057



DISC-007210

Exhibit 210 -058



DISC-007212



DISC-007213

Exhibit 210 -061





Exhibit 210 -063

