

**PASCO SHERIFF'S OFFICE**

PSO# 30066  (REV. 10/15)

DISC-008401

Exhibit 211-002



Exhibit 211-003



DISC-008497



DISC-008403

Exhibit 211-005



DISC-008404

Exhibit 211-006

DISC-008412





Exhibit 11-007

Exhibit 211-008

DISC-008413

Exhibit 211-009



Exhibit 211-010



Exhibit 211-011



Exhibit 213-012



DISC-008438

Exhibit 211-013



Exhibit 211-014



Exhibit 211-015

DISC-008486



Exhibit 211-016

DISC-008506



Exhibit 211-017



Exhibit 211-018



DISC-008508

Exhibit 211-079



DISC-008507



DISC-008514

Exhibit 211-021

Exhibit 211-022



Exhibit 211-023



DISC-008518

Exhibit 211-024



Exhibit 211-025



DISC-008529

Exhibit 211-026



DISC-008530



DISC-008534

Exhibit 211-028



Exhibit 211-029

DISC-008913



Exhibit 211-030

Exhibit 211-031



Exhibit 211-032



Exhibit 211-033



Exhibit 211-034



DISC-008552

Exhibit 211-035



Exhibit 211-136



Exhibit 211-037



Exhibit 211-038



Exhibit 211-028



Exhibit 211-040



Exhibit 211-041



DISC-008572

Exhibit 211-042



DISC-008573

Exhibit 211-043

DISC-008582



Exhibit 211-044

DISC-008584



Exhibit 211-045

DISC-008585



Exhibit 211-046

DISC-008586



Exhibit 211-047



Exhibit 211-048



Exhibit 211-049



Exhibit 211-050





Exhibit 211-052



Exhibit 211-053



Exhibit 211-054



Exhibit 211-055



Exhibit 211-056

DISC-008619



Exhibit 211-057

DISC-008620



Exhibit 211-058

DISC-008627



Exhibit 211-059

DISC-008628



Exhibit 211-060



Exhibit 211-061



DISC-008636

Exhibit 211-062

DISC-008639



Exhibit 211-063



Exhibit 211-064



Exhibit 211-065



Exhibit 211-066

DISC-008646



Exhibit 211-067



DISC-008647

Exhibit 211-068



DISC-008648

Exhibit 211-069



Exhibit 211-070



Exhibit 211.071



Exhibit 211-072



Exhibit 211-073



Exhibit 211-074



Exhibit 211-075



DISC-009011

Exhibit 211-076

DISC-008652

Exhbit 211-077



Exhibit 211-078



Exhibit 211-079



Exhibit 211-080



Exhibit 211-381



Exhibit 211-082





DISC-008665

Exhibit# 211-084



Exhibit 211-085



Exhibit 211-086



Exhibit 211-087





DISC-008739

Exhibit 211-089

DISC-008725



Exhibit 211-090





DISC-008727

Exhibit 211-092



Exhibit 211-093



Exhibit 11-104



DISC-008722

Exhibit 211-095

DISC-008745



Exhibit 211-096



Exhibit 211-097





DISC-008747

Exhibit 211-099

DISC-008787



Exhibit 211-100



Exhibit 211-101



Exhibit 211-102



Exhibit 241-103



Exhibit 211-104



DISC-008786

Exhibit 211-105





DISC-008773

Exhibit 211-107



Exhibit 211-108



Exhibit 211-109



Exhibit 211-110



Exhibit 211.111



Exhibit 211-112



DISC-008771

Exhibit 211-113



Exhibit 211-114



Exhibit 211-115



Exhibit 211-116



Exhibit 211-117



Exhibit 211-118





DISC-008795

Exhibit 211-120

DISC-008776



Exhibit 211-121



Exhibit 211-122



DISC-008774

Exhibit 211-123



DISC-008775

Exhibit 211-124



DISC-008779

Exhibit 111_125



Exhibit 211-126



Exhibit 211-127



DISC-008827



DISC-008834

Exhibit 211-129



DISC-008835

Exhibit 211-130



DISC-008836

Exhibit 211-131



Exhibit 111-132



DISC-008838

Exhibit 211-133



Exhibit 217.124



Exhibit 211-135





Exhibit 211-137



DISC-008843

Exhibit 211-138



DISC-008844

Exhibit 211-139



Exhibit 211-140



Exhibit 211-141



Exhibit 211-142



Exhibit 211-143

