

Exhibit 212-001

Exhibit 212-002

```
331 NFE 1141917I
MENCHER MICHAEL D
3561 NW 88TH DR APT 203
CORAL SPRINGS FL 33065-185
BC: 33065185153        *4140-0
```


Exhibit 212-003





Exhibit 212-005

From: Meucher
1423 Pine Glen Dr. G3
Tarpon Springs, Fl. 34688
Zip: 34688

APT # 7.

To: Michael Meucher
2601 Rock Island Rd.
Margate Fl. 33065

$4.11 US POSTAGE FIRST-CLASS
071S01117240
34655
000004731

