# Suncoast Parkway (SR 589)

FDOT

FLORIDA'S TURNPIKE

$0.00 SunPass® Toll Rate
$0.00 Cash Toll Rate
Toll Plaza
Interchange With Toll Collection
Interchange With No Toll Collection
Existing Turnpike System Facility, Suncoast Parkway
Existing Turnpike System Facility
Interstate Highway
Arterial
Other Road
County Boundary

Sources: NAVTEQ 2016
Florida's Turnpike Enterprise, 2016

DISC-021348 M13

# Veterans Expressway (SR 589)

FDOT

- $0.00 SunPass® Toll Rate
- $0.00 TOLL-BY-PLATE® Toll Rate
- Toll Plaza (All-Electronic)
- Interchange With Toll Collection
- Interchange With No Toll Collection
- Existing Turnpike System Facility, Veterans Expressway
- Existing Turnpike System Facility
- Other Toll Road
- Interstate Highway
- Arterial
- Other Road
- County Boundary

FLORIDA'S TURNPIKE

Sources: NAVTEQ 2016
Florida's Turnpike Enterprise, 2016

DISC-021349 M12