FL-Y76AFI 001401 50S 12/21/2017 16:44:18



FL-Y76AFI 001401 50S 12/21/2017 16:44:18



FL-GKPF62 001401 50S 12/21/2017 16:44:20



FL-GKPF62 001401 50S 12/21/2017 16:44:20



DISC-021257

FL-GBNY69 001401 50S 12/21/2017 16:44:24



FL-GBNY69 001401 50S 12/21/2017 16:44:24



DISC-021259

NO TAG VISIBLE 001401 50S 12/21/2017 16:44:26



DISC-021260

NO TAG VISIBLE 001401 50S 12/21/2017 16:44:26



DISC-021261

NO TAG VISIBLE 001401 50S 12/21/2017 16:44:27



NO TAG VISIBLE 001401 50S 12/21/2017 16:44:27



DISC-021263