Exhibit 223-001



Exhibit 223-002



DISC-011638

Exhibit 223-003



Exhibit 223-004



Exhibit 223-005



DISC-011637