

DISC-021509

Exhibit 225-002



DISC-021556



ANDERSON, PAUL 5172165
12/22/17 NAP
Exhibit 225-003
DISC-021557



ANDERSON, PAUL 5172165
12/22/17 NAP
Exhibit 225-004
DISC-021558

Exhibit 225-005



DISC-021559

Exhibit 225-006



Exhibit 225-007





Exhibit 225-008

DISC-021562



Case No.    **5172165**   Date Collected **12/22/17**
Name        **Anderson , Paul**
Pathologist **NOEL PALMA, MD, ME**
                **Projectile**

DISC-021563

Exhibit 225-010





DISC-021565

Exhibit 225-012



Projectile
@ scapule

Case No.   **5172165**   Date Collected **12/22/17**
Name   **Anderson , Paul**
Pathologist **NOEL PALMA, MD, ME**

PROJECTILE



Projectile
R arm/tyz

Case No.   **5172165**   Date Collected **12/22/17**
Name      **Anderson , Paul**
Pathologist **NOEL PALMA, MD, ME**

PROJECTILE

DISC-021567