



**H**

**Hornady**

**380 AUTO**
**90 gr XTP®**

**#90104**

$ 19.95 +TX

Muzzle   50 yds   100 yds

Case 6:24-cr-00234-MSS-DPF    Document 36a-178    Filed 00/12/24    Page 3 of 3 PageID 2024


