WARNING: Wear proper hearing protection. Repeated exposure to gunfire can ... Wear shooting glasses to protect eyes.

WINCHESTER® Western®

SUPER X®

5

12 GA. - 2¾"

MAX. LOAD

00 BUCK (12 PELLETS)

MAGNUM SUPER

BUCKSHOT LOADS

PLASTIC SHOTGUN SHELLS

**WARNING:** Keep out of Reach of Children

See All Warnings on top flaps before use.

WARNING: Do not fire these shells in guns having Damascus or other twist st barrels or chambers shorter than shell length designated on box. Use only arms in good condition and designed for modern ammunition of this gauge. If doubt exists, check with gun manufacturer. Before loading make sure the barrel is not obstructed, especially that no shell of smaller gauge has lodged in the barrel. Failure to comply with these warnings may cause serious injury or damage.

See other flap for additional warnings.

WINCHESTER Western

SUPER X

PLASTIC SHOTGUN SHELLS

5

12 GA. - 2¾″

MAX. LOAD

00 BUCK (12 PELLETS)

MAGNUM SUPER

BUCKSHOT LOADS

WARNING: Keep out of Reach of Children

See All Warnings on top flaps before use.
