Exhibit 305-001



Exhibit 305-002



Exhibit 305-003



Exhibit 305-004



Exhibit 305-005



Exhibit 385-006





Exhibit 305-007

Exhibit 305-008



Exhibit 305-009




Exhibit 305-010

Exhibit 305-011





Exhibit 305-013





Exhibit 306-014



(727) 815-2483





Cosimano Christopher was live.
Jul 11 at 6:55am

   




(727) 815-2483

- Victim was reportedly a gang member
- Motocyclists allegedly pulled up on the victim

Pasco County deputies are investigating the shooting death that happened on the intersection of Suncoast Parkway and



Aug 24 at 4:51pm •



   

**Phone** ●○○○○ LTE    12:26 AM    44%

(727) 815-2483

Text Message
Today 12:16 AM

I'll be seeing you soon lol

Slider 1%er

727 815 2483



Exhibit 305-018

# Google Play Newsstand

shooting near the Suncoast Parkway Thursday night.

The shooting occurred the area of Suncoast Parkway and State Road 54.



Advertisement



Struggling to LOSE WEIGHT? There is hope.

Exhibit 305-019

Case 8:18-cr-00214-MSS-CPT   Document 385-188   Filed Oct 1, 2019   Page 19 of 20
Page ID 2093

the motorcycles. They plan to release surveillance images of the bikes, which have Nazi SS "cracker bolts" decals.

Anyone with information on the incident should call the sheriff's office.



 **Dog gone wild: Pasco pup bites FedEx deliveryman, Pasco deputy**

12:16 am

A Pasco deputy suffered a dog bite while responding

Case 8:18-cr-00234-MSS-SPF Document 168-1 Filed 08/14/2019 Page 20 of 20
Exhibit 305-020

Search

PLEASE SHARE THESE PHOTOS: The Pasco County Sheriff's Office sent these pictures of the motorcycles ridden by the two men suspected of killing a driver near the Suncoast Parkway. Let's get these guys off the streets before someone else gets hurt! on.wtsp.com/2pcXY5J




