MOBILITY WITH CELL LOCATION

AT&T has queried for records from 12/21/2017 12:00:00am to 12/22/2017 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and
provided in UTC.
          (AT&T)
Matter ID:     2395519
Creation Date:  01/16/2018
Run Date:     01/16/18
Run Time:     15:45:24


Voice Usage For: (425)615-1806

Item,ConnDateTime(UTC),SeizureTime,ET,OriginatingNumber,TerminatingNumber,IMEI,IMSI,
CT,Feature,DIALED,FORWARDED,TRANSLATED,ORIG_ORIG,MAKE,MODEL,CellLocation
    1,12/21/17
05:00:19,0:11,3:41,14256151806,14258024250,3558780624170227,310410846771963,MO,[
VCORR],,,,,APPLE,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
    2,12/21/17 05:00:19,0:11,3:41,14256151806,14258024250,,,MT,[NIOP:VCORR],,,,,,,[]
    3,12/21/17
07:30:35,0:14,122:49,14256151806,18138100075,3558780624170227,310410846771963,M
O,[VCORR],,,,,APPLE,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
    4,12/21/17
18:28:27,0:09,4:52,18135163940,14256151806,3558780624170227,310410846771963,MT,[
NIOP],,,,,APPLE,IPHONE6PLUS,[181643016:709543:-82.32722:27.88167::-
1.0,179723018:702043:-82.32722:27.88167:240:-1.0]
    5,12/21/17 18:28:27,0:09,4:52,18135163940,14256151806,,,MO,[VCORR],,,,,,,[]
    6,12/22/17
02:52:10,0:09,4:08,14258024250,14256151806,3558780624170227,310410846771963,MT,[
NIOP:VCORR],,,,,APPLE,IPHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
    7,12/22/17 02:52:10,0:09,4:08,14258024250,14256151806,,,MO,[VCORR],,,,,,,[]
    8,12/22/17
03:46:11,0:05,0:34,17276192752,14256151806,3558780624170227,310410846771963,MT,[
NIOP:VCORR],,,,,APPLE,IPHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
    9,12/22/17
07:22:23,0:22,0:00,13475861617,14256151806,3558780624170227,310410846771963,MT,[
NIOP],,,,,APPLE,IPHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
    10,12/22/17
07:22:25,0:24,0:05,13475861617,14256151806,3558780624170227,310410846771963,MT,[
NIOP:CFNA:VM],,14252417063,,,APPLE,IPHONE6PLUS,[181644552:709549:-
82.65803:27.82781::-1.0]
    11,12/22/17
13:19:30,0:01,0:00,14074037684,14256151806,,310410846771963,MT,[NIOP],,,,,,,
    12,12/22/17
13:19:31,0:02,0:04,14074037684,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,[000000024:0:0.0:0.0:-1:-1.0]
    13,12/22/17
19:33:28,0:01,0:00,17857660460,14256151806,,310410846771963,MT,[NIOP],,,,,,,

DISC-006632

14,12/22/17
19:33:29,0:02,0:07,17857660460,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
15,12/22/17
20:08:21,0:01,0:00,18138080580,14256151806,,310410846771963,MT,[NIOP],,,,,,,
16,12/22/17
20:08:22,0:02,0:04,18138080580,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
17,12/22/17
20:44:59,0:00,0:00,18138100075,14256151806,,310410846771963,MT,[NIOP],,,,,,,
18,12/22/17
20:45:00,0:01,0:03,18138100075,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
19,12/23/17
00:03:39,0:01,0:00,18133510699,14256151806,,310410846771963,MT,[NIOP],,,,,,,
20,12/23/17
00:03:40,0:02,0:07,18133510699,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
21,12/23/17
00:12:50,0:01,0:00,18133510699,14256151806,,310410846771963,MT,[NIOP],,,,,,,
22,12/23/17
00:12:51,0:02,0:05,18133510699,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
23,12/23/17
02:53:48,0:00,0:00,18133510699,14256151806,,310410846771963,MT,[NIOP],,,,,,,
24,12/23/17
02:53:49,0:01,0:06,18133510699,14256151806,,310410846771963,MT,[NIOP:CFNR:VM],,14
252417063,,,,,[000000024:0:0.0:0.0:-1:-1.0]
        Data Usage For: (425)615-1806

Item,ConnDateTime(UTC),OriginatingNumber,ET,BytesUp,BytesDn,IMEI,IMSI,MAKE,MODEL
,CellLocation
        1,12/21/17
05:00:08,14256151806,3:52,553790,525895,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
        2,12/21/17
05:38:12,14256151806,60:00,5192,2368,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[179756554:702174:-82.30222:27.93639:240:-1.0]
        3,12/21/17
05:58:15,14256151806,60:00,434853,4035137,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[179756554:702174:-82.30222:27.93639:240:-1.0,179716617:702018:-
82.32009:27.93075:120:-1.0,181678090:709680:-82.30108:27.92778:240:-
1.0,179716617:702018:-82.32009:27.93075:120:-1.0]
        4,12/21/17
06:38:12,14256151806,60:00,12180,8160,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[179756554:702174:-82.30222:27.93639:240:-1.0,181380618:708518:-
82.32009:27.93075:240:-1.0]
        5,12/21/17
06:58:15,14256151806,60:00,4888459,8504219,3558780624170227,310410846771963,APP

DISC-006633

LE,IPHONE6PLUS,[179716617:702018:-82.32009:27.93075:120:-1.0,181380611:708518:-
82.32009:27.93075:240:-1.0,181660161:709610:-82.31833:27.8925::-
1.0,181660168:709610:-82.31833:27.8925::-1.0,181380618:708518:-
82.32009:27.93075:240:-1.0]

     6,12/21/17
07:30:21,14256151806,60:00,6639272,10374679,3558780624170227,310410846771963,AP
PLE,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     7,12/21/17
07:38:12,14256151806,60:00,7120,4448,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     8,12/21/17
07:58:15,14256151806,60:00,87904,20940,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     9,12/21/17
08:30:21,14256151806,60:00,5925257,9292513,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     10,12/21/17
08:38:12,14256151806,60:00,11228,6012,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     11,12/21/17
08:58:15,14256151806,60:00,38418,5427,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     12,12/21/17
09:30:21,14256151806,3:04,176043,518607,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     13,12/21/17
09:38:12,14256151806,60:00,5192,2368,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     14,12/21/17
09:58:15,14256151806,60:00,4819,3301,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     15,12/21/17
10:38:12,14256151806,60:00,5160,2368,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     16,12/21/17
10:58:15,14256151806,60:00,1368,2356,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     17,12/21/17
11:38:12,14256151806,60:00,5192,2368,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     18,12/21/17
11:58:15,14256151806,60:00,4529,7718,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     19,12/21/17
12:38:12,14256151806,60:00,5192,2260,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

     20,12/21/17
12:58:15,14256151806,60:00,5703,8951,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]

21,12/21/17
13:38:12,14256151806,60:00,32744,31032,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
22,12/21/17
13:58:15,14256151806,60:00,28270,66407,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
23,12/21/17
14:38:12,14256151806,60:00,38440,39784,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
24,12/21/17
14:58:15,14256151806,60:00,23952,278104,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
25,12/21/17
15:38:12,14256151806,60:00,17028,16236,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
26,12/21/17
15:58:15,14256151806,60:00,7366,6455,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
27,12/21/17
16:38:12,14256151806,60:00,8872,6520,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
28,12/21/17
16:58:15,14256151806,52:34,9188426,9876917,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
29,12/21/17
17:38:12,14256151806,12:37,2580,1292,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
30,12/21/17
17:50:49,14256151806,34:28,595535,3090382,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[181380625:708518:-82.32009:27.93075:240:-1.0,181380611:708518:-
82.32009:27.93075:240:-1.0,181660161:709610:-82.31833:27.8925::-
1.0,181678083:709680:-82.30108:27.92778:240:-1.0,181380611:708518:-
82.32009:27.93075:240:-1.0,181643009:709543:-82.32722:27.88167::-
1.0,181660175:709610:-82.31833:27.8925::-1.0,181660161:709610:-82.31833:27.8925::-
1.0,181660168:709610:-82.31833:27.8925::-1.0,181380618:708518:-
82.32009:27.93075:240:-1.0,179773450:702240:-82.31833:27.8925:240:-
1.0,181643016:709543:-82.32722:27.88167::-1.0]
31,12/21/17
17:50:50,14256151806,60:00,60844,62062,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181380625:708518:-82.32009:27.93075:240:-1.0,181380611:708518:-
82.32009:27.93075:240:-1.0,181643009:709543:-82.32722:27.88167::-
1.0,181643016:709543:-82.32722:27.88167::-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,179723279:702044:-82.38356:27.85422::-1.0]
32,12/21/17
18:25:17,14256151806,0:00,1470,434,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[181380625:708518:-82.32009:27.93075:240:-1.0,181643016:709543:-
82.32722:27.88167::-1.0]
33,12/21/17
18:25:17,14256151806,15:17,479633,6270922,3558780624170227,310410846771963,APPL

DISC-006635

E,IPHONE6PLUS,[179773450:702240:-82.31833:27.8925:240:-1.0,181643016:709543:-
82.32722:27.88167::-1.0,179723018:702043:-82.32722:27.88167:240:-
1.0,181643273:709544:-82.38356:27.85422:90:-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,181643273:709544:-82.38356:27.85422:90:-
1.0,181643280:709544:-82.38356:27.85422:90:-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,181643273:709544:-82.38356:27.85422:90:-
1.0,181643280:709544:-82.38356:27.85422:90:-1.0,181643273:709544:-
82.38356:27.85422:90:-1.0,179723272:702044:-82.38356:27.85422::-1.0]

34,12/21/17
18:28:19,14256151806,5:01,654503,755986,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181643016:709543:-82.32722:27.88167::-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0]

35,12/21/17
18:40:34,14256151806,60:00,288760,2250692,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[181643273:709544:-82.38356:27.85422:90:-1.0,179723279:702044:-
82.38356:27.85422::-1.0,181643266:709544:-82.38356:27.85422:90:-
1.0,179723279:702044:-82.38356:27.85422::-1.0,179723272:702044:-82.38356:27.85422::-
1.0,181643273:709544:-82.38356:27.85422:90:-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,179723279:702044:-82.38356:27.85422::-
1.0,179723018:702043:-82.32722:27.88167:240:-1.0,179723265:702044:-
82.38356:27.85422::-1.0,181643266:709544:-82.38356:27.85422:90:-
1.0,179723265:702044:-82.38356:27.85422::-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0]

36,12/21/17
18:50:50,14256151806,60:00,5176,2584,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[179723279:702044:-82.38356:27.85422::-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,179723265:702044:-82.38356:27.85422::-1.0]

37,12/21/17
19:40:34,14256151806,46:36,965759,6312211,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[179723018:702043:-82.32722:27.88167:240:-1.0,179723265:702044:-
82.38356:27.85422::-1.0,179723018:702043:-82.32722:27.88167:240:-
1.0,179723272:702044:-82.38356:27.85422::-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,179723279:702044:-82.38356:27.85422::-
1.0,179723265:702044:-82.38356:27.85422::-1.0,179723279:702044:-82.38356:27.85422::-
1.0,179723272:702044:-82.38356:27.85422::-1.0,179723279:702044:-82.38356:27.85422::-
1.0]

38,12/21/17
19:50:50,14256151806,60:00,12584,10876,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[179723265:702044:-82.38356:27.85422::-1.0,179723279:702044:-
82.38356:27.85422::-1.0,181682689:709698:-82.43833:27.93972::-1.0,181682703:709698:-
82.43833:27.93972::-1.0]

39,12/21/17
20:27:10,14256151806,14:59,7035570,7325216,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[179723272:702044:-82.38356:27.85422::-1.0,179758346:702181:-
82.39964:27.90509:240:-1.0,179758339:702181:-82.39964:27.90509:-1:-
1.0,179758346:702181:-82.39964:27.90509:240:-1.0,179758339:702181:-
82.39964:27.90509:-1:-1.0,181652744:709581:-82.39964:27.90509::-
1.0,181412874:708644:-82.36731:27.91808:240:-1.0,181652751:709581:-
82.39964:27.90509::-1.0,179788290:702298:-82.43833:27.93972:120:-

DISC-006636

1.0,181682689:709698:-82.43833:27.93972::-1.0,181682703:709698:-82.43833:27.93972:-
1.0,181657354:709599:-82.43166:27.96069:240:-1.0]

    40,12/21/17
20:42:09,14256151806,8,23,136244,355519,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181641737:709538:-82.44233:27.95919:180:-1.0,181682696:709698:-
82.43833:27.93972::-1.0,181657354:709599:-82.43166:27.96069:240:-
1.0,179762945:702199:-82.43166:27.96069::-1.0,179762952:702199:-82.43166:27.96069::-
1.0,179845377:702521:-82.44131:27.96144::-1.0,179712514:702002:-82.46327:27.99507:-
1:-1.0,179844618:702518:-82.44233:27.95919:300:-1.0,181662217:709618:-
82.45842:27.96614:120:-1.0,179712514:702002:-82.46327:27.99507:-1:-
1.0,181654017:709586:-82.45336:27.95113::-1.0,181662210:709618:-
82.45842:27.96614:120:-1.0,181654017:709586:-82.45336:27.95113::-1.0]

    41,12/21/17
20:50:32,14256151806,0:00,136,180,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[181641737:709538:-82.44233:27.95919:180:-1.0,181654017:709586:-
82.45336:27.95113::-1.0]

    42,12/21/17
20:50:32,14256151806,7:00,76878,307733,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181647618:709561:-82.47781:27.95667:120:-1.0,179793425:702318:-
82.45842:27.96614:240:-1.0,181403154:708606:-82.46214:27.94447:30:-
1.0,179793425:702318:-82.45842:27.96614:240:-1.0,181647632:709561:-
82.47781:27.95667:120:-1.0,181647625:709561:-82.47781:27.95667:120:-
1.0,181391626:708561:-82.47781:27.95667:240:-1.0,181649168:709567:-
82.51425:27.96031:90:-1.0,181649161:709567:-82.51425:27.96031:90:-
1.0,179296860:700378:-82.50435:27.97567:150:-1.0,179297628:700381:-
82.50435:27.97567:290:-1.0]

    43,12/21/17
20:50:50,14256151806,60:00,5176,2476,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181403154:708606:-82.46214:27.94447:30:-1.0,179797775:702335:-
82.51963:27.96591::-1.0,179797768:702335:-82.51963:27.96591::-1.0,181673225:709661:-
82.55619:27.99577:120:-1.0,179774728:702245:-82.53461:27.98161::-1.0]

    44,12/21/17
20:57:32,14256151806,13:00,1523856,1619126,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[179298140:700383:-82.50435:27.97567:30:-1.0,181373450:708490:-
82.50722:27.98944:240:-1.0,179298140:700383:-82.50435:27.97567:30:-
1.0,181373450:708490:-82.50722:27.98944:240:-1.0,181413129:708645:-
82.53461:27.98161:120:-1.0,179797768:702335:-82.51963:27.96591::-
1.0,179297380:700380:-82.50435:27.97567:250:-1.0,179797768:702335:-
82.51963:27.96591::-1.0,181413136:708645:-82.53461:27.98161:120:-
1.0,181373457:708490:-82.50722:27.98944:240:-1.0,181413136:708645:-
82.53461:27.98161:120:-1.0,181373457:708490:-82.50722:27.98944:240:-1.0]

    45,12/21/17
21:10:32,14256151806,16:39,2055703,759052,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[181373450:708490:-82.50722:27.98944:240:-1.0,179797761:702335:-
82.51963:27.96591::-1.0,181413122:708645:-82.53461:27.98161:90:-
1.0,179797768:702335:-82.51963:27.96591::-1.0,181413136:708645:-
82.53461:27.98161:120:-1.0,181373457:708490:-82.50722:27.98944:240:-
1.0,181413129:708645:-82.53461:27.98161:120:-1.0,181413136:708645:-
82.53461:27.98161:120:-1.0,179774992:702246:-82.54111:28.01611:150:-

1.0,181697553:709756:-82.50607:28.00385:250:-1.0,179774992:702246:-
82.54111:28.01611:150:-1.0]

46,12/21/17
21:27:11,14256151806,13:13,1186295,1502024,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[181697553:709756:-82.50607:28.00385:250:-1.0,181697546:709756:-
82.50607:28.00385:250:-1.0,181673225:709661:-82.55619:27.99577:120:-
1.0,179774728:702245:-82.53461:27.98161::-1.0,181673225:709661:-
82.55619:27.99577:120:-1.0,179774728:702245:-82.53461:27.98161::-
1.0,181673225:709661:-82.55619:27.99577:120:-1.0,179774728:702245:-
82.53461:27.98161::-1.0,181673232:709661:-82.55619:27.99577:120:-
1.0,179774979:702246:-82.54111:28.01611:270:-1.0,181387532:708545:-
82.54936:28.039:120:-1.0]

47,12/21/17
21:40:24,14256151806,0:00,228,358,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[181697553:709756:-82.50607:28.00385:250:-1.0,181387532:708545:-
82.54936:28.039:120:-1.0]

48,12/21/17
21:40:24,14256151806,11:58,245290,650574,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[181387523:708545:-82.54936:28.039:240:-1.0,179718921:702027:-
82.56458:28.0433:120:-1.0,181638920:709527:-82.56458:28.0433::-1.0,179718666:702026:-
82.56519:28.07922:240:-1.0,179718665:702026:-82.56519:28.07922:120:-
1.0,181638664:709526:-82.56519:28.07922::-1.0,179788810:702300:-82.53883:28.08597:-
1:-1.0,181638664:709526:-82.56519:28.07922:-1.0,179788808:702300:-
82.53883:28.08597:-1:-1.0,179718409:702025:-82.54548:28.11984:120:-
1.0,179718408:702025:-82.54548:28.11984::-1.0,181666576:709635:-
82.55719:28.16358:150:-1.0,181666569:709635:-82.55719:28.16358:150:-
1.0,179807241:702372:-82.53745:28.19533:-1:-1.0]

49,12/21/17
21:50:50,14256151806,43:25,14096,13064,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181666569:709635:-82.55719:28.16358:150:-1.0,179744008:702125:-
82.55719:28.16358:30:-1.0,179807241:702372:-82.53745:28.19533:-1:-
1.0,179807242:702372:-82.53745:28.19533:270:-1.0,179807241:702372:-
82.53745:28.19533:-1:-1.0,179717896:702023:-82.45794:28.09842:60:-1.0]

50,12/21/17
21:52:22,14256151806,0:00,1452,1712,3558780624170227,310410846771963,APPLE,IPHO
NE6PLUS,[181387523:708545:-82.54936:28.039:240:-1.0,179807241:702372:-
82.53745:28.19533:-1:-1.0]

51,12/21/17
21:52:22,14256151806,31:37,1129840,1920378,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[179744008:702125:-82.55719:28.16358:30:-1.0,179807242:702372:-
82.53745:28.19533:270:-1.0,179807241:702372:-82.53745:28.19533:-1:-
1.0,179807242:702372:-82.53745:28.19533:270:-1.0,179807241:702372:-
82.53745:28.19533:-1:-1.0,181420042:708672:-82.47273:28.1892:240:-
1.0,179727631:702061:-82.47273:28.1892::-1.0,181676041:709672:-82.47273:28.1892:120:-
1.0,181630728:709495:-82.46222:28.13694::-1.0,179717896:702023:-
82.45794:28.09842:60:-1.0]

52,12/21/17
22:23:59,14256151806,10:16,1498,3104,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[179717903:702023:-82.45794:28.09842:60:-1.0]

DISC-006638

53,12/21/17
22:34:15,14256151806,1:56,36233,57338,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[27791/47331:-82.41861:28.12725::-1.0]

54,12/21/17
22:34:15,14256151806,1:56,0,0,3558780624170227,310410846771963,APPLE,IPHONE6PL
US,[27791/47331:-82.41861:28.12725::-1.0]

55,12/21/17
22:36:11,14256151806,60:00,75988,79312,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[179720456:702033:-82.41861:28.12725::-1.0,179720463:702033:-
82.41861:28.12725::-1.0,179787536:702295:-82.46222:28.13694:120:-
1.0,179790353:702306:-82.39556:28.17086:240:-1.0,181637649:709522:-
82.40175:28.19175:240:-1.0,181637642:709522:-82.40175:28.19175:240:-
1.0,179790344:702306:-82.39556:28.17086::-1.0,179717385:702021:-
82.40175:28.19175:120:-1.0,181555209:709200:-82.35972:28.03389:120:-
1.0,181661962:709617:-82.32433:27.99392:240:-1.0,181124621:707518:-
82.32009:27.93075:240:-1.0,181668873:709644:-82.36731:27.91808:120:-
1.0,181643023:709543:-82.32722:27.88167::-1.0,179773457:702240:-
82.31833:27.8925:240:-1.0,181643023:709543:-82.32722:27.88167::-
1.0,179773457:702240:-82.31833:27.8925:240:-1.0,179723025:702043:-
82.32722:27.88167:240:-1.0]

56,12/21/17
22:36:11,14256151806,14:38,301825,793026,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[179720456:702033:-82.41861:28.12725::-1.0,179720463:702033:-
82.41861:28.12725::-1.0,179720456:702033:-82.41861:28.12725::-1.0,179720463:702033:-
82.41861:28.12725::-1.0,179787536:702295:-82.46222:28.13694:120:-
1.0,179790353:702306:-82.39556:28.17086:240:-1.0,181676048:709672:-
82.47273:28.1892:120:-1.0,179790353:702306:-82.39556:28.17086:240:-
1.0,181637649:709522:-82.40175:28.19175:240:-1.0,181676048:709672:-
82.47273:28.1892:120:-1.0,181637649:709522:-82.40175:28.19175:240:-1.0]

57,12/21/17
22:50:49,14256151806,0:00,523,1211,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[179720456:702033:-82.41861:28.12725::-1.0,181637649:709522:-
82.40175:28.19175:240:-1.0]

58,12/21/17
22:50:49,14256151806,10:10,275003,919920,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[179790353:702306:-82.39556:28.17086:240:-1.0,181637649:709522:-
82.40175:28.19175:240:-1.0,179790353:702306:-82.39556:28.17086:240:-
1.0,181637649:709522:-82.40175:28.19175:240:-1.0,181676048:709672:-
82.47273:28.1892:120:-1.0,181630735:709495:-82.46222:28.13694:-
1.0,181637642:709522:-82.40175:28.19175:240:-1.0,179790344:702306:-
82.39556:28.17086::-1.0,179717385:702021:-82.40175:28.19175:120:-
1.0,179790344:702306:-82.39556:28.17086::-1.0,181688841:709722:-
82.39556:28.17086:120:-1.0]

59,12/21/17
23:00:59,14256151806,0:00,228,358,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[179790353:702306:-82.39556:28.17086:240:-1.0,181688841:709722:-
82.39556:28.17086:120:-1.0]

60,12/21/17
23:00:59,14256151806,23:00,275210,1070796,3558780624170227,310410846771963,APPL

DISC-006639

E,IPHONE6PLUS,[181423114:708684:-82.35194:28.14722:240:-1.0,181666319:709634:-
82.36722:28.11889::-1.0,181555209:709200:-82.35972:28.03389:120:-
1.0,179787279:702294:-82.33167:28.00639::-1.0,179916360:702017:-82.32433:27.99392::-
1.0,181661962:709617:-82.32433:27.99392:240:-1.0,181110276:707462:-82.32703:27.966::-
1.0,179804680:702362:-82.32703:27.966::-1.0,181110283:707462:-82.32703:27.966::-
1.0,181622281:709462:-82.32703:27.966:120:-1.0,179786760:702292:-82.32889:27.95528::-
1.0,181636616:709518:-82.32009:27.93075::-1.0,181655562:709592:-
82.32889:27.95528:240:-1.0]

    61,12/21/17
23:23:59,14256151806,0:00,2084,4520,3558780624170227,310410846771963,APPLE,IPHO
NE6PLUS,[181423114:708684:-82.35194:28.14722:240:-1.0,181655562:709592:-
82.32889:27.95528:240:-1.0]

    62,12/21/17
23:23:59,14256151806,9:41,740536,2602998,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[181124621:707518:-82.32009:27.93075:240:-1.0,181654537:709588:-
82.35361:27.93541:120:-1.0,181124621:707518:-82.32009:27.93075:240:-
1.0,181380625:708518:-82.32009:27.93075:240:-1.0,181668880:709644:-
82.36731:27.91808:120:-1.0,181398547:708588:-82.35361:27.93541:120:-
1.0,181668873:709644:-82.36731:27.91808:120:-1.0,181643023:709543:-
82.32722:27.88167::-1.0,179773457:702240:-82.31833:27.8925:240:-
1.0,181678097:709680:-82.30108:27.92778:240:-1.0]

    63,12/21/17
23:33:40,14256151806,1:21,60036,518450,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181643023:709543:-82.32722:27.88167::-1.0,181380625:708518:-
82.32009:27.93075:240:-1.0,179773457:702240:-82.31833:27.8925:240:-
1.0,181380625:708518:-82.32009:27.93075:240:-1.0,181668880:709644:-
82.36731:27.91808:120:-1.0,181643023:709543:-82.32722:27.88167::-
1.0,179773457:702240:-82.31833:27.8925:240:-1.0,179723025:702043:-
82.32722:27.88167:240:-1.0,179773457:702240:-82.31833:27.8925:240:-
1.0,181682959:709699:-82.32994:27.85361::-1.0]

    64,12/21/17
23:35:01,14256151806,0:00,11864,385848,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181643023:709543:-82.32722:27.88167::-1.0,181682959:709699:-
82.32994:27.85361::-1.0]

    65,12/21/17
23:35:01,14256151806,1:58,87553,229587,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[179723025:702043:-82.32722:27.88167:240:-1.0,181682959:709699:-
82.32994:27.85361::-1.0,179723025:702043:-82.32722:27.88167:240:-
1.0,179723279:702044:-82.38356:27.85422::-1.0,179723025:702043:-
82.32722:27.88167:240:-1.0,179723279:702044:-82.38356:27.85422::-
1.0,179723025:702043:-82.32722:27.88167:240:-1.0,179723279:702044:-
82.38356:27.85422::-1.0,179723025:702043:-82.32722:27.88167:240:-1.0]

    66,12/21/17
23:36:11,14256151806,8:27,9988,9708,3558780624170227,310410846771963,APPLE,IPHO
NE6PLUS,[179723279:702044:-82.38356:27.85422::-1.0,179723025:702043:-
82.32722:27.88167:240:-1.0,179723279:702044:-82.38356:27.85422::-1.0]

    67,12/21/17
23:36:59,14256151806,0:00,1731,2506,3558780624170227,310410846771963,APPLE,IPHO
NE6PLUS,[179723025:702043:-82.32722:27.88167:240:-1.0]

68,12/21/17
23:36:59,14256151806,7:39,203718,715749,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[179845905:702523:-82.32994:27.85361:240:-1.0,179723279:702044:-
82.38356:27.85422::-1.0,179723025:702043:-82.32722:27.88167:240:-
1.0,179723279:702044:-82.38356:27.85422::-1.0,179723272:702044:-82.38356:27.85422::-
1.0,179723279:702044:-82.38356:27.85422::-1.0,181643273:709544:-
82.38356:27.85422:90:-1.0]
69,12/21/17
23:44:38,14256151806,10:08,2200047,17858906,3558780624170227,310410846771963,AP
PLE,IPHONE6PLUS,[181643280:709544:-82.38356:27.85422:90:-1.0,179723025:702043:-
82.32722:27.88167:240:-1.0,181643280:709544:-82.38356:27.85422:90:-
1.0,179723025:702043:-82.32722:27.88167:240:-1.0,181643280:709544:-
82.38356:27.85422:90:-1.0,179723025:702043:-82.32722:27.88167:240:-
1.0,179723018:702043:-82.32722:27.88167:240:-1.0,181643016:709543:-
82.32722:27.88167::-1.0]
70,12/21/17
23:44:39,14256151806,36:38,20638,19945,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181643280:709544:-82.38356:27.85422:90:-1.0,179723018:702043:-
82.32722:27.88167:240:-1.0,181380618:708518:-82.32009:27.93075:240:-1.0]
71,12/21/17
23:54:46,14256151806,16:03,6166203,13854367,3558780624170227,310410846771963,AP
PLE,IPHONE6PLUS,[181643016:709543:-82.32722:27.88167::-1.0,179773450:702240:-
82.31833:27.8925:240:-1.0,181660175:709610:-82.31833:27.8925::-1.0,181380625:708518:-
82.32009:27.93075:240:-1.0,181660175:709610:-82.31833:27.8925::-
1.0,181380625:708518:-82.32009:27.93075:240:-1.0,181380618:708518:-
82.32009:27.93075:240:-1.0,181660168:709610:-82.31833:27.8925::-
1.0,181380611:708518:-82.32009:27.93075:240:-1.0,181380618:708518:-
82.32009:27.93075:240:-1.0]
72,12/22/17
00:10:49,14256151806,10:28,977145,553362,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[181380618:708518:-82.32009:27.93075:240:-1.0]
73,12/22/17
00:25:21,14256151806,0:09,3127,6667,3558780624170227,310410846771963,APPLE,IPHO
NE6PLUS,[181380625:708518:-82.32009:27.93075:240:-1.0]
74,12/22/17
00:25:22,14256151806,0:06,10078,9980,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181380625:708518:-82.32009:27.93075:240:-1.0]
75,12/22/17
00:44:44,14256151806,8:00,2407736,14070455,3558780624170227,310410846771963,APP
LE,IPHONE6PLUS,[181660175:709610:-82.31833:27.8925::-1.0,181380611:708518:-
82.32009:27.93075:240:-1.0,181380625:708518:-82.32009:27.93075:240:-
1.0,181668880:709644:-82.36731:27.91808:120:-1.0,181398547:708588:-
82.35361:27.93541:120:-1.0,181124628:707518:-82.32009:27.93075:240:-
1.0,181398547:708588:-82.35361:27.93541:120:-1.0,179760138:702188:-
82.35361:27.93541:240:-1.0,181386505:708541:-82.38194:27.95167:120:-
1.0,181642499:709541:-82.38194:27.95167:240:-1.0]
76,12/22/17
00:44:45,14256151806,60:00,11792,8502,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181660175:709610:-82.31833:27.8925::-1.0,179726856:702058:-

82.65578:27.86778::-1.0,181644552:709549:-82.65803:27.82781::-1.0]
   77,12/22/17
00:52:44,14256151806,7:16,44931,165562,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181404419:708611:-82.38889:27.97889:240:-1.0,179762946:702199:-
82.43166:27.96069:120:-1.0,181404433:708611:-82.38889:27.97889:240:-
1.0,181642513:709541:-82.38194:27.95167:240:-1.0,179762960:702199:-
82.43166:27.96069:120:-1.0,181404433:708611:-82.38889:27.97889:240:-
1.0,179762953:702199:-82.43166:27.96069:120:-1.0,179762952:702199:-
82.43166:27.96069::-1.0,179844618:702518:-82.44233:27.95919:300:-
1.0,181662217:709618:-82.45842:27.96614:120:-1.0,181654024:709586:-
82.45336:27.95113::-1.0,181654017:709586:-82.45336:27.95113::-1.0,181647618:709561:-
82.47781:27.95667:120:-1.0,181391619:708561:-82.47781:27.95667:240:-1.0]
   78,12/22/17
01:00:00,14256151806,6:45,1259712,1236800,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[180881164:706567:-82.51425:27.96031:150:-1.0,181404946:708613:-
82.525:27.94361::-1.0,179792129:702313:-82.525:27.94361::-1.0,181679368:709685:-
82.53547:27.94683:70:-1.0,179759369:702185:-82.53547:27.94683:170:-
1.0,181423370:708685:-82.53547:27.94683:245:-1.0,181409040:708629:-
82.56917:27.97083:120:-1.0,181423370:708685:-82.53547:27.94683:245:-
1.0,181639177:709528:-82.59389:28.00439:140:-1.0,181423370:708685:-
82.53547:27.94683:245:-1.0,181639177:709528:-82.59389:28.00439:140:-
1.0,181423370:708685:-82.53547:27.94683:245:-1.0,181668353:709642:-
82.63783:27.90044:48:-1.0]
   79,12/22/17
01:06:45,14256151806,9:32,1109879,2882459,3558780624170227,310410846771963,APPL
E,IPHONE6PLUS,[179825162:702442:-82.63783:27.90044:270:-1.0,179825161:702442:-
82.63783:27.90044:180:-1.0,181563913:709234:-82.66056:27.89611:140:-
1.0,179825162:702442:-82.63783:27.90044:270:-1.0,179726856:702058:-
82.65578:27.86778::-1.0,181563913:709234:-82.66056:27.89611:140:-
1.0,179825161:702442:-82.63783:27.90044:180:-1.0,179768842:702222:-
82.63306:27.865:320:-1.0,179726856:702058:-82.65578:27.86778::-1.0,179726857:702058:-
82.65578:27.86778:120:-1.0,181611273:709419:-82.65833:27.85778:120:-
1.0,179825161:702442:-82.63783:27.90044:180:-1.0,181611273:709419:-
82.65833:27.85778:120:-1.0,181644559:709549:-82.65803:27.82781::-1.0]
   80,12/22/17
01:16:17,14256151806,0:00,292,742,3558780624170227,310410846771963,APPLE,IPHON
E6PLUS,[179825162:702442:-82.63783:27.90044:270:-1.0,181644559:709549:-
82.65803:27.82781::-1.0]
   81,12/22/17
01:16:17,14256151806,60:00,32071,43293,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0,181644559:709549:-
82.65803:27.82781::-1.0]
   82,12/22/17
01:44:45,14256151806,60:00,19304,18588,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
   83,12/22/17
02:16:17,14256151806,60:00,41446,29049,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0,181644559:709549:-
82.65803:27.82781::-1.0,181644552:709549:-82.65803:27.82781::-1.0]

84,12/22/17
02:44:45,14256151806,60:00,29228,28784,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
85,12/22/17
02:52:04,14256151806,4:14,727341,630205,3558780624170227,310410846771963,APPLE,I
PHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
86,12/22/17
03:16:17,14256151806,32:09,33277,14830,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
87,12/22/17
03:44:45,14256151806,3:39,17652,17984,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
88,12/22/17
03:46:07,14256151806,0:39,96367,123170,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
89,12/22/17
04:01:34,14256151806,17:54,302175,679043,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
90,12/22/17
04:01:36,14256151806,17:52,15772,16600,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
91,12/22/17
04:19:28,14256151806,60:00,10127,8477,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
92,12/22/17
04:19:32,14256151806,0:00,0,0,3558780624170227,310410846771963,APPLE,IPHONE6PL
US,[181644552:709549:-82.65803:27.82781::-1.0]
93,12/22/17
04:19:38,14256151806,60:00,11810,8426,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
94,12/22/17
05:19:28,14256151806,60:00,21382,22223,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
95,12/22/17
05:19:38,14256151806,60:00,42136,44408,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
96,12/22/17
06:19:28,14256151806,60:00,1341,1783,3558780624170227,310410846771963,APPLE,IPH
ONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
97,12/22/17 06:19:38,14256151806,60:00,5192,2584,35587
80624170227,310410846771963,APPLE,IPHONE6PLUS,[181644552:709549:-
82.65803:27.82781::-1.0]
98,12/22/17
07:19:28,14256151806,56:56,251256,603026,3558780624170227,310410846771963,APPLE
,IPHONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0,179750153:702149:-
82.65803:27.82781:120:-1.0,179763210:702200:-82.63694:27.8075:240:-
1.0,179824641:702440:-82.64965:27.7733::-1.0,179824650:702440:-82.64965:27.7733:240:-
1.0]
99,12/22/17

DISC-006643

07:19:38,14256151806,56:44,15856,15304,3558780624170227,310410846771963,APPLE,IP
HONE6PLUS,[181644552:709549:-82.65803:27.82781::-1.0,179824650:702440:-
82.64965:27.7733:240:-1.0]
    100,12/22/17
07:22:03,14256151806,0:21,0,8972,3558780624170227,310410846771963,APPLE,IPHONE
6PLUS,[181644552:709549:-82.65803:27.82781::-1.0]
    SMS Usage For: (425)615-1806

Item,ConnDateTime(UTC),OriginatingNumber,TerminatingNumber,IMEI,IMSI,Desc,Feature,M
AKE,MODEL,CellLocation
    1,12/21/17
08:04:46,14256151806,1111340002,,310410846771963,SMSO,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    2,12/21/17
14:10:51,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    3,12/21/17
14:10:51,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    4,12/21/17
14:11:45,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    5,12/21/17
14:11:45,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    6,12/21/17
14:15:10,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    7,12/21/17
14:15:10,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    8,12/21/17
14:15:59,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    9,12/21/17
14:15:59,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    10,12/21/17 14:16:30,13475861617,14256151806,,310410846771963,SMST,,,,[]
    11,12/21/17 14:16:41,18134400678,14256151806,,,SMSO,,,,[]
    12,12/21/17 14:16:41,18134400678,14256151806,,310410846771963,SMST,,,,[]
    13,12/21/17
14:16:42,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    14,12/21/17
14:16:42,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
    15,12/21/17
14:17:20,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]

16,12/21/17
14:17:20,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
17,12/21/17 14:17:20,18134400678,14256151806,,,SMSO,,,,[]
18,12/21/17 14:17:20,18134400678,14256151806,,310410846771963,SMST,,,,[]
19,12/21/17 14:18:12,18134400678,14256151806,,310410846771963,SMST,,,,[]
20,12/21/17 14:21:04,13475861617,14256151806,,310410846771963,SMST,,,,[]
21,12/21/17 14:21:49,18134400678,14256151806,,310410846771963,SMST,,,,[]
22,12/21/17
15:09:48,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
23,12/21/17
15:09:49,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
24,12/21/17
15:11:09,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
25,12/21/17
15:11:09,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
26,12/21/17
15:12:40,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
27,12/21/17
15:12:40,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
28,12/21/17 15:17:10,18134400678,14256151806,,310410846771963,SMST,,,,[]
29,12/21/17 15:17:46,17272720406,14256151806,,310410846771963,SMST,,,,[]
30,12/21/17 15:19:06,18134400678,14256151806,,310410846771963,SMST,,,,[]
31,12/21/17
15:30:22,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
32,12/21/17
15:30:22,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
33,12/21/17
15:33:06,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
34,12/21/17
15:33:06,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
35,12/21/17
15:34:25,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
36,12/21/17
15:34:26,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
37,12/21/17
15:35:07,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-

DISC-006645

82.32009:27.93075:240:-1.0]
 38,12/21/17
15:35:07,1111301000,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 39,12/21/17 15:35:07,18133471957,14256151806,,,SMSO,,,,[]
 40,12/21/17 15:35:07,18133471957,14256151806,,310410846771963,SMST,,,,[]
 41,12/21/17 15:35:52,17272041984,14256151806,,310410846771963,SMST,,,,[]
 42,12/21/17
15:36:57,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 43,12/21/17
15:36:57,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 44,12/21/17
15:37:55,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 45,12/21/17
15:37:55,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 46,12/21/17
15:38:47,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 47,12/21/17
15:38:47,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 48,12/21/17 15:39:32,17272720406,14256151806,,310410846771963,SMST,,,,[]
 49,12/21/17 15:40:08,18133471957,14256151806,,310410846771963,SMST,,,,[]
 50,12/21/17 15:43:14,18134400678,14256151806,,310410846771963,SMST,,,,[]
 51,12/21/17 15:43:42,18133471957,14256151806,,310410846771963,SMST,,,,[]
 52,12/21/17 15:44:39,18133471957,14256151806,,310410846771963,SMST,,,,[]
 53,12/21/17
16:01:07,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 54,12/21/17
16:01:07,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 55,12/21/17
16:05:03,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 56,12/21/17
16:05:03,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 57,12/21/17 16:06:29,18134400678,14256151806,,310410846771963,SMST,,,,[]
 58,12/21/17 16:11:35,18133471957,14256151806,,310410846771963,SMST,,,,[]
 59,12/21/17
16:42:44,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-
82.32009:27.93075:240:-1.0]
 60,12/21/17
16:42:44,2882564782,14256151806,,310410846771963,SMST,,,,[181380618:708518:-

DISC-006646

82.32009:27.93075:240:-1.0]
61,12/21/17 16:49:42,17272041984,14256151806,,310410846771963,SMST,,,,[]
62,12/21/17
17:51:10,14256151806,1111340002,,310410846771963,SMSO,,,,[181380625:708518:-
82.32009:27.93075:240:-1.0]
63,12/21/17
17:57:04,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
64,12/21/17
17:57:04,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
65,12/21/17
17:59:17,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
66,12/21/17
17:59:17,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
67,12/21/17 17:59:45,14256151806,12393220241,,310410846771963,SMSO,,,,[]
68,12/21/17 17:59:45,14256151806,12393220241,,,SMST,,,,[]
69,12/21/17 17:59:45,14256151806,13475861617,,310410846771963,SMSO,,,,[]
70,12/21/17 17:59:45,14256151806,13475861617,,,SMST,,,,[]
71,12/21/17 17:59:45,14256151806,17272041984,,310410846771963,SMSO,,,,[]
72,12/21/17 17:59:45,14256151806,17272041984,,,SMST,,,,[]
73,12/21/17 17:59:45,14256151806,17272720406,,310410846771963,SMSO,,,,[]
74,12/21/17 17:59:45,14256151806,17272720406,,,SMST,,,,[]
75,12/21/17 17:59:45,14256151806,18133471957,,310410846771963,SMSO,,,,[]
76,12/21/17 17:59:45,14256151806,18133471957,,,SMST,,,,[]
77,12/21/17 17:59:45,14256151806,18133805500,,310410846771963,SMSO,,,,[]
78,12/21/17 17:59:45,14256151806,18133805500,,,SMST,,,,[]
79,12/21/17 17:59:45,14256151806,18133995471,,310410846771963,SMSO,,,,[]
80,12/21/17 17:59:45,14256151806,18133995471,,,SMST,,,,[]
81,12/21/17 17:59:45,14256151806,18134400678,,310410846771963,SMSO,,,,[]
82,12/21/17 17:59:45,14256151806,18134400678,,,SMST,,,,[]
83,12/21/17 17:59:45,14256151806,18138080580,,310410846771963,SMSO,,,,[]
84,12/21/17 17:59:45,14256151806,18138080580,,,SMST,,,,[]
85,12/21/17
18:00:04,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
86,12/21/17
18:00:04,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
87,12/21/17
18:00:23,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
88,12/21/17
18:00:23,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
89,12/21/17 18:00:42,14256151806,12393220241,,310410846771963,SMSO,,,,[]
90,12/21/17 18:00:42,14256151806,12393220241,,,SMST,,,,[]

DISC-006647

91,12/21/17 18:00:42,14256151806,13475861617,,310410846771963,SMSO,,,,[]
92,12/21/17 18:00:42,14256151806,13475861617,,,SMST,,,,[]
93,12/21/17 18:00:42,14256151806,17272041984,,310410846771963,SMSO,,,,[]
94,12/21/17 18:00:42,14256151806,17272041984,,,SMST,,,,[]
95,12/21/17 18:00:42,14256151806,17272720406,,310410846771963,SMSO,,,,[]
96,12/21/17 18:00:42,14256151806,17272720406,,,SMST,,,,[]
97,12/21/17 18:00:42,14256151806,18133471957,,310410846771963,SMSO,,,,[]
98,12/21/17 18:00:42,14256151806,18133471957,,,SMST,,,,[]
99,12/21/17 18:00:42,14256151806,18133805500,,310410846771963,SMSO,,,,[]
100,12/21/17 18:00:42,14256151806,18133805500,,,SMST,,,,[]
101,12/21/17 18:00:42,14256151806,18133995471,,310410846771963,SMSO,,,,[]
102,12/21/17 18:00:42,14256151806,18133995471,,,SMST,,,,[]
103,12/21/17 18:00:42,14256151806,18134400678,,310410846771963,SMSO,,,,[]
104,12/21/17 18:00:42,14256151806,18134400678,,,SMST,,,,[]
105,12/21/17 18:00:42,14256151806,18138080580,,310410846771963,SMSO,,,,[]
106,12/21/17 18:00:42,14256151806,18138080580,,,SMST,,,,[]
107,12/21/17 18:00:54,14256151806,12393220241,,310410846771963,SMSO,,,,[]
108,12/21/17 18:00:54,14256151806,12393220241,,,SMST,,,,[]
109,12/21/17 18:00:54,14256151806,13475861617,,310410846771963,SMSO,,,,[]
110,12/21/17 18:00:54,14256151806,13475861617,,,SMST,,,,[]
111,12/21/17 18:00:54,14256151806,17272041984,,310410846771963,SMSO,,,,[]
112,12/21/17 18:00:54,14256151806,17272041984,,,SMST,,,,[]
113,12/21/17 18:00:54,14256151806,17272720406,,310410846771963,SMSO,,,,[]
114,12/21/17 18:00:54,14256151806,17272720406,,,SMST,,,,[]
115,12/21/17 18:00:54,14256151806,18133471957,,310410846771963,SMSO,,,,[]
116,12/21/17 18:00:54,14256151806,18133471957,,,SMST,,,,[]
117,12/21/17 18:00:54,14256151806,18133805500,,310410846771963,SMSO,,,,[]
118,12/21/17 18:00:54,14256151806,18133805500,,,SMST,,,,[]
119,12/21/17 18:00:54,14256151806,18133995471,,310410846771963,SMSO,,,,[]
120,12/21/17 18:00:54,14256151806,18133995471,,,SMST,,,,[]
121,12/21/17 18:00:54,14256151806,18134400678,,310410846771963,SMSO,,,,[]
122,12/21/17 18:00:54,14256151806,18134400678,,,SMST,,,,[]
123,12/21/17 18:00:54,14256151806,18138080580,,310410846771963,SMSO,,,,[]
124,12/21/17 18:00:54,14256151806,18138080580,,,SMST,,,,[]
125,12/21/17
18:01:19,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
126,12/21/17
18:01:19,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
127,12/21/17
18:01:23,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
128,12/21/17
18:01:23,1111301000,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
129,12/21/17
18:01:48,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]

130,12/21/17
18:01:48,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
131,12/21/17 18:06:14,17272720406,14256151806,,310410846771963,SMST,,,,[]
132,12/21/17 18:08:15,12393220241,14256151806,,310410846771963,SMST,,,,[]
133,12/21/17
18:17:09,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
134,12/21/17
18:17:09,2882564782,14256151806,,310410846771963,SMST,,,,[181380611:708518:-
82.32009:27.93075:240:-1.0]
135,12/21/17 18:18:02,14256151806,12393220241,,310410846771963,SMSO,,,,[]
136,12/21/17 18:18:02,14256151806,12393220241,,,SMST,,,,[]
137,12/21/17 18:18:02,14256151806,13475861617,,310410846771963,SMSO,,,,[]
138,12/21/17 18:18:02,14256151806,13475861617,,,SMST,,,,[]
139,12/21/17 18:18:02,14256151806,17272041984,,310410846771963,SMSO,,,,[]
140,12/21/17 18:18:02,14256151806,17272041984,,,SMST,,,,[]
141,12/21/17 18:18:02,14256151806,17272720406,,310410846771963,SMSO,,,,[]
142,12/21/17 18:18:02,14256151806,17272720406,,,SMST,,,,[]
143,12/21/17 18:18:02,14256151806,18133471957,,310410846771963,SMSO,,,,[]
144,12/21/17 18:18:02,14256151806,18133471957,,,SMST,,,,[]
145,12/21/17 18:18:02,14256151806,18133805500,,310410846771963,SMSO,,,,[]
146,12/21/17 18:18:02,14256151806,18133805500,,,SMST,,,,[]
147,12/21/17 18:18:02,14256151806,18133995471,,310410846771963,SMSO,,,,[]
148,12/21/17 18:18:02,14256151806,18133995471,,,SMST,,,,[]
149,12/21/17 18:18:02,14256151806,18134400678,,310410846771963,SMSO,,,,[]
150,12/21/17 18:18:02,14256151806,18134400678,,,SMST,,,,[]
151,12/21/17 18:18:02,14256151806,18138080580,,310410846771963,SMSO,,,,[]
152,12/21/17 18:18:02,14256151806,18138080580,,,SMST,,,,[]
153,12/21/17
18:21:29,2882564782,14256151806,,310410846771963,SMST,,,,[181643009:709543:-
82.32722:27.88167::-1.0]
154,12/21/17
18:21:29,2882564782,14256151806,,310410846771963,SMST,,,,[181643009:709543:-
82.32722:27.88167::-1.0]
155,12/21/17 18:23:11,18133995471,14256151806,,310410846771963,SMST,,,,[]
156,12/21/17 18:24:56,14256151806,12393220241,,310410846771963,SMSO,,,,[]
157,12/21/17 18:24:56,14256151806,12393220241,,,SMST,,,,[]
158,12/21/17 18:24:56,14256151806,13475861617,,310410846771963,SMSO,,,,[]
159,12/21/17 18:24:56,14256151806,13475861617,,,SMST,,,,[]
160,12/21/17 18:24:56,14256151806,17272041984,,310410846771963,SMSO,,,,[]
161,12/21/17 18:24:56,14256151806,17272041984,,,SMST,,,,[]
162,12/21/17 18:24:56,14256151806,17272720406,,310410846771963,SMSO,,,,[]
163,12/21/17 18:24:56,14256151806,17272720406,,,SMST,,,,[]
164,12/21/17 18:24:56,14256151806,18133471957,,310410846771963,SMSO,,,,[]
165,12/21/17 18:24:56,14256151806,18133471957,,,SMST,,,,[]
166,12/21/17 18:24:56,14256151806,18133805500,,310410846771963,SMSO,,,,[]
167,12/21/17 18:24:56,14256151806,18133805500,,,SMST,,,,[]
168,12/21/17 18:24:56,14256151806,18133995471,,310410846771963,SMSO,,,,[]

169,12/21/17 18:24:56,14256151806,18133995471,,,SMST,,,,[]
170,12/21/17 18:24:56,14256151806,18134400678,,310410846771963,SMSO,,,,[]
171,12/21/17 18:24:56,14256151806,18134400678,,,SMST,,,,[]
172,12/21/17 18:24:56,14256151806,18138080580,,310410846771963,SMSO,,,,[]
173,12/21/17 18:24:56,14256151806,18138080580,,,SMST,,,,[]
174,12/21/17
18:26:26,2882564782,14256151806,,310410846771963,SMST,,,,[181643016:709543:-
82.32722:27.88167::-1.0]
175,12/21/17
18:26:26,2882564782,14256151806,,310410846771963,SMST,,,,[181643016:709543:-
82.32722:27.88167::-1.0]
176,12/21/17 18:28:10,18133995471,14256151806,,310410846771963,SMST,,,,[]
177,12/21/17 18:32:41,18134400678,14256151806,,310410846771963,SMST,,,,[]
178,12/21/17
18:33:57,2882564782,14256151806,,310410846771963,SMST,,,,[179723018:702043:-
82.32722:27.88167:240:-1.0]
179,12/21/17
18:33:57,2882564782,14256151806,,310410846771963,SMST,,,,[179723018:702043:-
82.32722:27.88167:240:-1.0]
180,12/21/17 18:39:35,18133995471,14256151806,,310410846771963,SMST,,,,[]
181,12/21/17
19:52:40,2882564782,14256151806,,310410846771963,SMST,,,,[179723265:702044:-
82.38356:27.85422::-1.0]
182,12/21/17
19:52:40,2882564782,14256151806,,310410846771963,SMST,,,,[179723265:702044:-
82.38356:27.85422::-1.0]
183,12/21/17 19:58:37,17272041984,14256151806,,310410846771963,SMST,,,,[]
184,12/21/17
20:10:24,2882564782,14256151806,,310410846771963,SMST,,,,[179723279:702044:-
82.38356:27.85422::-1.0]
185,12/21/17
20:10:24,2882564782,14256151806,,310410846771963,SMST,,,,[179723279:702044:-
82.38356:27.85422::-1.0]
186,12/21/17 20:17:03,14077494080,14256151806,,310410846771963,SMST,,,,[]
187,12/21/17
21:51:35,2882564782,14256151806,,310410846771963,SMST,,,,[179744008:702125:-
82.55719:28.16358:30:-1.0]
188,12/21/17
21:51:35,2882564782,14256151806,,310410846771963,SMST,,,,[179807241:702372:-
82.53745:28.19533:-1:-1.0]
189,12/21/17 21:57:45,13475861617,14256151806,,310410846771963,SMST,,,,[]
190,12/21/17
22:02:14,2882564782,14256151806,,310410846771963,SMST,,,,[179807241:702372:-
82.53745:28.19533:-1:-1.0]
191,12/21/17
22:02:14,2882564782,14256151806,,310410846771963,SMST,,,,[179807241:702372:-
82.53745:28.19533:-1:-1.0]
192,12/21/17 22:09:17,13475861617,14256151806,,310410846771963,SMST,,,,[]
193,12/21/17

22:36:13,17276575804,14256151806,,310410846771963,SMST,,,,[179720463:702033:-
82.41861:28.12725::-1.0]
        194,12/21/17
22:43:02,17276575804,14256151806,,310410846771963,SMST,,,,[179720463:702033:-
82.41861:28.12725::-1.0]
        195,12/21/17
22:43:43,14256151806,17276575804,,310410846771963,SMSO,,,,[179720456:702033:-
82.41861:28.12725::-1.0]
        196,12/21/17
22:44:05,17276575804,14256151806,,310410846771963,SMST,,,,[179720456:702033:-
82.41861:28.12725::-1.0]
        197,12/21/17
22:44:45,17276575804,14256151806,,310410846771963,SMST,,,,[179720456:702033:-
82.41861:28.12725::-1.0]
        198,12/21/17
22:45:09,14256151806,17276575804,,310410846771963,SMSO,,,,[179720456:702033:-
82.41861:28.12725::-1.0]
        199,12/21/17
22:45:37,17276575804,14256151806,,310410846771963,SMST,,,,[179720463:702033:-
82.41861:28.12725::-1.0]
        200,12/21/17
22:46:50,17276575804,14256151806,,310410846771963,SMST,,,,[179720463:702033:-
82.41861:28.12725::-1.0]
        201,12/21/17
22:48:12,17276575804,14256151806,,310410846771963,SMST,,,,[179720463:702033:-
82.41861:28.12725::-1.0]
        202,12/21/17
22:49:40,17276575804,14256151806,,310410846771963,SMST,,,,[179790353:702306:-
82.39556:28.17086:240:-1.0]
        203,12/21/17
22:50:19,17276575804,14256151806,,310410846771963,SMST,,,,[181637649:709522:-
82.40175:28.19175:240:-1.0]
        204,12/21/17
22:53:54,17276575804,14256151806,,310410846771963,SMST,,,,[181637642:709522:-
82.40175:28.19175:240:-1.0]
        205,12/21/17
22:55:03,14256151806,17276575804,,310410846771963,SMSO,,,,[179790344:702306:-
82.39556:28.17086::-1.0]
        206,12/21/17
22:55:26,17276575804,14256151806,,310410846771963,SMST,,,,[179790344:702306:-
82.39556:28.17086:-1.0]
        207,12/21/17 22:59:16,18133805500,14256151806,,,SMSO,,,,[]
        208,12/21/17 22:59:16,18133805500,14256151806,,310410846771963,SMST,,,,[]
        209,12/21/17 23:00:22,18133805500,14256151806,,,SMSO,,,,[]
        210,12/21/17 23:00:22,18133805500,14256151806,,310410846771963,SMST,,,,[]
        211,12/21/17
23:27:20,1111301000,14256151806,,310410846771963,SMST,,,,[181124621:707518:-
82.32009:27.93075:240:-1.0]
        212,12/21/17

DISC-006651

23:27:20,1111301000,14256151806,,310410846771963,SMST,,,,[181124621:707518:-82.32009:27.93075:240:-1.0]
213,12/21/17 23:27:20,18133471957,14256151806,,,SMSO,,,,[]
214,12/21/17 23:27:20,18133471957,14256151806,,310410846771963,SMST,,,,[]
215,12/21/17
23:32:28,2882564782,14256151806,,310410846771963,SMST,,,,[181668873:709644:-82.36731:27.91808:120:-1.0]
216,12/21/17
23:32:28,2882564782,14256151806,,310410846771963,SMST,,,,[181668873:709644:-82.36731:27.91808:120:-1.0]
217,12/21/17
23:33:04,2882564782,14256151806,,310410846771963,SMST,,,,[181668880:709644:-82.36731:27.91808:120:-1.0]
218,12/21/17
23:33:04,2882564782,14256151806,,310410846771963,SMST,,,,[181668880:709644:-82.36731:27.91808:120:-1.0]
219,12/21/17
23:33:15,1111301000,14256151806,,310410846771963,SMST,,,,[181643023:709543:-82.32722:27.88167::-1.0]
220,12/21/17
23:33:15,1111301000,14256151806,,310410846771963,SMST,,,,[181643023:709543:-82.32722:27.88167::-1.0]
221,12/21/17
23:33:40,1111301000,14256151806,,310410846771963,SMST,,,,[181643023:709543:-82.32722:27.88167::-1.0]
222,12/21/17
23:33:40,1111301000,14256151806,,310410846771963,SMST,,,,[181643023:709543:-82.32722:27.88167::-1.0]
223,12/21/17 23:34:37,18133471957,14256151806,,,SMSO,,,,[]
224,12/21/17 23:34:37,18133471957,14256151806,,310410846771963,SMST,,,,[]
225,12/21/17
23:34:38,1111301000,14256151806,,310410846771963,SMST,,,,[179773457:702240:-82.31833:27.8925:240:-1.0]
226,12/21/17
23:34:38,1111301000,14256151806,,310410846771963,SMST,,,,[179773457:702240:-82.31833:27.8925:240:-1.0]
227,12/21/17
23:34:39,2882564782,14256151806,,310410846771963,SMST,,,,[179773457:702240:-82.31833:27.8925:240:-1.0]
228,12/21/17
23:34:39,2882564782,14256151806,,310410846771963,SMST,,,,[179773457:702240:-82.31833:27.8925:240:-1.0]
229,12/21/17
23:35:24,1111301000,14256151806,,310410846771963,SMST,,,,[179723025:702043:-82.32722:27.88167:240:-1.0]
230,12/21/17
23:35:24,1111301000,14256151806,,310410846771963,SMST,,,,[179723025:702043:-82.32722:27.88167:240:-1.0]
231,12/21/17

23:36:00,2882564782,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    232,12/21/17
23:36:00,2882564782,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    233,12/21/17
23:36:04,1111301000,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    234,12/21/17
23:36:04,1111301000,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    235,12/21/17
23:36:32,1111301000,14256151806,,310410846771963,SMST,,,,[179723279:702044:-
82.38356:27.85422::-1.0]
    236,12/21/17
23:36:32,1111301000,14256151806,,310410846771963,SMST,,,,[179723279:702044:-
82.38356:27.85422::-1.0]
    237,12/21/17
23:36:52,2882564782,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    238,12/21/17
23:36:52,2882564782,14256151806,,310410846771963,SMST,,,,[179723025:702043:-
82.32722:27.88167:240:-1.0]
    239,12/21/17 23:38:09,18134400678,14256151806,,310410846771963,SMST,,,,[]
    240,12/21/17 23:38:12,18133995471,14256151806,,310410846771963,SMST,,,,[]
    241,12/21/17 23:41:06,18134400678,14256151806,,310410846771963,SMST,,,,[]
    242,12/21/17 23:41:48,18134400678,14256151806,,310410846771963,SMST,,,,[]
    243,12/21/17 23:42:01,18133995471,14256151806,,310410846771963,SMST,,,,[]
    244,12/21/17
23:48:52,2882564782,14256151806,,310410846771963,SMST,,,,[179723018:702043:-
82.32722:27.88167:240:-1.0]
    245,12/21/17
23:48:52,2882564782,14256151806,,310410846771963,SMST,,,,[179723018:702043:-
82.32722:27.88167:240:-1.0]
    246,12/21/17 23:48:54,2882564782,14256
151806,,310410846771963,SMST,,,,[179723018:702043:-82.32722:27.88167:240:-1.0]
    247,12/21/17
23:48:54,2882564782,14256151806,,310410846771963,SMST,,,,[179723018:702043:-
82.32722:27.88167:240:-1.0]
    248,12/21/17 23:54:27,12393220241,14256151806,,310410846771963,SMST,,,,[]
    249,12/21/17 23:56:09,18133995471,14256151806,,310410846771963,SMST,,,,[]
    250,12/21/17 23:57:03,18133805500,14256151806,,,SMSO,,,,[]
    251,12/21/17 23:57:03,18133805500,14256151806,,310410846771963,SMST,,,,[]
    252,12/22/17 00:01:18,18133805500,14256151806,,,SMSO,,,,[]
    253,12/22/17 00:01:18,18133805500,14256151806,,310410846771963,SMST,,,,[]
    254,12/22/17 00:01:22,18133805500,14256151806,,,SMSO,,,,[]
    255,12/22/17 00:01:22,18133805500,14256151806,,310410846771963,SMST,,,,[]
    256,12/22/17
01:50:19,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-

DISC-006653

82.65803:27.82781::-1.0]
     257,12/22/17
01:51:26,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     258,12/22/17
01:51:56,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     259,12/22/17
01:53:10,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     260,12/22/17
02:15:23,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     261,12/22/17
02:16:13,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     262,12/22/17
02:16:33,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     263,12/22/17
02:56:52,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     264,12/22/17
03:11:34,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     265,12/22/17
03:11:57,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     266,12/22/17
03:12:51,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     267,12/22/17
03:13:04,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     268,12/22/17
03:13:21,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     269,12/22/17
03:41:26,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     270,12/22/17
03:43:51,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     271,12/22/17
03:44:52,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
     272,12/22/17
03:45:46,17276192752,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]

DISC-006654

273,12/22/17
03:46:03,14256151806,17276192752,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
274,12/22/17
04:07:12,17857660460,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
275,12/22/17
04:09:20,14256151806,17857660460,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
276,12/22/17
04:10:24,17857660460,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
277,12/22/17
04:12:09,14256151806,17857660460,,310410846771963,SMSO,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
278,12/22/17
04:13:36,17857660460,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
279,12/22/17 04:33:14,18133805500,14256151806,,,SMSO,,,,[]
280,12/22/17 04:33:14,18133805500,14256151806,,310410846771963,SMST,,,,[]
281,12/22/17 04:35:22,18133805500,14256151806,,,SMSO,,,,[]
282,12/22/17 04:35:22,18133805500,14256151806,,310410846771963,SMST,,,,[]
283,12/22/17 04:36:03,18133805500,14256151806,,,SMSO,,,,[]
284,12/22/17 04:36:03,18133805500,14256151806,,310410846771963,SMST,,,,[]
285,12/22/17 04:36:32,18133805500,14256151806,,,SMSO,,,,[]
286,12/22/17 04:36:32,18133805500,14256151806,,310410846771963,SMST,,,,[]
287,12/22/17 05:33:39,18133805500,14256151806,,,SMSO,,,,[]
288,12/22/17 05:33:39,18133805500,14256151806,,310410846771963,SMST,,,,[]
289,12/22/17
05:57:55,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
290,12/22/17
05:57:55,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
291,12/22/17
05:58:28,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
292,12/22/17
05:58:28,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
293,12/22/17
05:59:12,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
294,12/22/17
05:59:12,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]
295,12/22/17
05:59:29,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-
82.65803:27.82781::-1.0]

296,12/22/17
05:59:29,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
297,12/22/17
05:59:35,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
298,12/22/17
05:59:35,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
299,12/22/17
06:00:03,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
300,12/22/17
06:00:03,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
301,12/22/17
06:01:05,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
302,12/22/17
06:01:05,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
303,12/22/17
06:01:11,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
304,12/22/17
06:01:11,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
305,12/22/17
06:02:43,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
306,12/22/17
06:02:43,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
307,12/22/17 06:04:03,18133471957,14256151806,,310410846771963,SMST,,,,[]
308,12/22/17 06:04:08,18133995471,14256151806,,310410846771963,SMST,,,,[]
309,12/22/17 06:05:04,18133471957,14256151806,,310410846771963,SMST,,,,[]
310,12/22/17 06:05:04,18133471957,14256151806,,310410846771963,SMST,,,,[]
311,12/22/17 06:05:06,18133995471,14256151806,,310410846771963,SMST,,,,[]
312,12/22/17 06:06:03,18133471957,14256151806,,310410846771963,SMST,,,,[]
313,12/22/17 06:06:05,18133471957,14256151806,,310410846771963,SMST,,,,[]
314,12/22/17 06:07:04,18133471957,14256151806,,310410846771963,SMST,,,,[]
315,12/22/17 06:10:02,18133471957,14256151806,,310410846771963,SMST,,,,[]
316,12/22/17
06:19:19,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
317,12/22/17
06:19:19,2882564782,14256151806,,310410846771963,SMST,,,,[181644552:709549:-82.65803:27.82781::-1.0]
318,12/22/17 06:25:12,18133471957,14256151806,,310410846771963,SMST,,,,[]

319,12/22/17 11:19:59,,14256151806,,310410846771963,SMST,,,,[]
320,12/22/17 12:24:14,18135263598,14256151806,,,SMSO,,,,[]
321,12/22/17 12:24:14,18135263598,14256151806,,,SMSO,,,,[]
AT&T Proprietary.The information contained here is for use by
authorized persons only and is not for general distribution.

DISC-006657

2395519
01/16/2018

**INTERNATIONAL**

AT&T has queried for records from 12/21/2017 12:00:00am to 12/22/2017 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:         01/16/2018
Run Time:         15:44:54
Voice Usage For:  (425)615-1806

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|------|--------------------|--------------------|-------------------------|---------------|--------------|--------------|--------------|------------|-------------|------------|----------|
| 1 | 12/22/17 07:22:26 | 3475861617 | | 4256151806 | 0:04 | usa | usa | usa | usa | Yes | Yes |

**AT&T Proprietary**
ICDR indicates the call record was obtained from AT&T's International Call
Detail Records report.  AT&T may not have handled the call from end to end.
MHT                  AT&T handled the leg of the call as presented in this call detail record.                  Page 1

The information contained here is for use by authorized persons only and is not for general distribution.

DISC-006661

01/16/2018                    **IMEI Report**                           AT&T

**IMEI Report**

| IMEI report for | (425) 615-1806 | |
|---|---|---|
| As Of: | 2017-12-15 13:29:11 | |
| Associated IMEI | 355878062417027 | |

The results provided represent the IMEI as of the date/time listed. This is the most current information available.

**The information contained here is for use by authorized person only and is not for general distribution.**

DISC-006663

2395519
01/16/2018



AT&T has queried for records from 12/21/2017 12:00:00am to 12/22/2017 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        01/16/2018
Run Time:        15:45:04
Voice Usage For:    (425)615-1806

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|--------------------|--------------------|------------|--------------------|---------------|--------------|-----|-----------|------------|
| 1 | 12/22/17 03:46:12 | 1241047 | 7276192752 | 4256151806 | | 0:34 | | 827 | 705 |
| 2 | 12/22/17 13:19:31 | 624860 | 4074037684 | 4256151806 | | 0:04 | | 827 | 602 |
| 3 | 12/22/17 19:33:29 | 7857660460 | | 4256151806 | | 0:07 | | 829 | 601 |
| 4 | 12/22/17 20:08:22 | 8138080580 | | 4256151806 | | 0:04 | | 829 | 601 |
| 5 | 12/22/17 20:45:00 | 623654 | 8138100075 | 4256151806 | | 0:03 | | 827 | 602 |
| 6 | 12/23/17 00:03:40 | 8133510699 | | 4256151806 | | 0:07 | | 829 | 601 |
| 7 | 12/23/17 00:12:51 | 8133510699 | | 4256151806 | | 0:05 | | 829 | 601 |
| 8 | 12/23/17 02:53:49 | 8133510699 | | 4256151806 | | 0:06 | | 829 | 601 |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

MHT

DISC-006664

2395519
01/16/2018

**Historical Precision Location Information**

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.



```
Run Date:      01/16/2018
Run Time:      15:43:42
Usage For:     (425)615-1806
```

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|---|---|---|---|---|---|---|
| 1 | 4256151806 | 2017-12-23 | 00:00:01 | -82.334583 | 27.904239 | Location accuracy likely better than 1500 meters |
| 2 | 4256151806 | 2017-12-21 | 23:53:52 | -82.332801 | 27.883908 | Location accuracy likely better than 600 meters |
| 3 | 4256151806 | 2017-12-21 | 23:45:17 | -82.327482 | 27.873081 | Location accuracy likely better than 2500 meters |
| 4 | 4256151806 | 2017-12-21 | 23:38:15 | -82.373463 | 27.850698 | Location accuracy likely better than 1000 meters |
| 5 | 4256151806 | 2017-12-21 | 23:35:43 | -82.420434 | 27.851391 | Location accuracy likely better than 1500 meters |
| 6 | 4256151806 | 2017-12-21 | 23:34:12 | -82.317411 | 27.87039 | Location accuracy likely better than 10000 meters |
| 7 | 4256151806 | 2017-12-21 | 23:33:38 | -82.355715 | 27.898434 | Location accuracy likely better than 5000 meters |
| 8 | 4256151806 | 2017-12-21 | 23:32:00 | -82.346508 | 27.919773 | Location accuracy likely better than 1500 meters |
| 9 | 4256151806 | 2017-12-21 | 23:26:59 | -82.359432 | 27.89757 | Location accuracy likely better than 600 meters |
| 10 | 4256151806 | 2017-12-21 | 23:24:16 | -82.337778 | 27.931104 | Location accuracy likely better than 600 meters |
| 11 | 4256151806 | 2017-12-21 | 23:16:50 | -82.327104 | 27.968841 | Location accuracy likely better than 100 meters |
| 12 | 4256151806 | 2017-12-21 | 23:09:47 | -82.325286 | 28.03005 | Location accuracy likely better than 2500 meters |
| 13 | 4256151806 | 2017-12-21 | 23:07:58 | -82.35054 | 28.025865 | Location accuracy likely better than 1500 meters |
| 14 | 4256151806 | 2017-12-21 | 23:03:04 | -82.339641 | 28.112148 | Location accuracy likely better than 2500 meters |
| 15 | 4256151806 | 2017-12-21 | 23:01:00 | -82.385235 | 28.154304 | Location accuracy likely better than 1500 meters |
| 16 | 4256151806 | 2017-12-21 | 22:58:38 | -82.392786 | 28.167705 | Location accuracy likely better than 300 meters |
| 17 | 4256151806 | 2017-12-21 | 22:52:18 | -82.429587 | 28.198755 | Location accuracy likely better than 5000 meters |
| 18 | 4256151806 | 2017-12-21 | 22:43:56 | -82.410921 | 28.141821 | Location accuracy likely better than 1500 meters |
| 19 | 4256151806 | 2017-12-21 | 22:36:10 | -82.397898 | 28.134171 | Location accuracy likely better than 1500 meters |
| 20 | 4256151806 | 2017-12-21 | 22:34:13 | -82.418625 | 28.12743 | Location accuracy unknown |
| 21 | 4256151806 | 2017-12-21 | 22:20:47 | -82.438146 | 28.096371 | Location accuracy likely better than 1500 meters |
| 22 | 4256151806 | 2017-12-21 | 22:15:24 | -82.457001 | 28.177731 | Location accuracy likely better than 1500 meters |
| 23 | 4256151806 | 2017-12-21 | 22:04:17 | -82.498455 | 28.207899 | Location accuracy likely better than 2500 meters |
| 24 | 4256151806 | 2017-12-21 | 22:00:07 | -82.546641 | 28.204794 | Location accuracy likely better than 1000 meters |
| 25 | 4256151806 | 2017-12-21 | 21:51:56 | -82.536615 | 28.188027 | Location accuracy likely better than 1000 meters |
| 26 | 4256151806 | 2017-12-21 | 21:46:30 | -82.546236 | 28.112058 | Location accuracy likely better than 300 meters |
| 27 | 4256151806 | 2017-12-21 | 21:44:16 | -82.548558 | 28.088604 | Location accuracy likely better than 1500 meters |
| 28 | 4256151806 | 2017-12-21 | 21:42:56 | -82.575117 | 28.068021 | Location accuracy likely better than 600 meters |
| 29 | 4256151806 | 2017-12-21 | 21:40:52 | -82.557099 | 28.044945 | Location accuracy likely better than 600 meters |
| 30 | 4256151806 | 2017-12-21 | 21:38:46 | -82.54602 | 28.012176 | Location accuracy likely better than 600 meters |
| 31 | 4256151806 | 2017-12-21 | 21:31:52 | -82.539522 | 27.977976 | Location accuracy likely better than 2500 meters |
| 32 | 4256151806 | 2017-12-21 | 21:28:48 | -82.515402 | 27.988443 | Location accuracy likely better than 10000 meters |
| 33 | 4256151806 | 2017-12-21 | 21:21:10 | -82.523385 | 27.992619 | Location accuracy likely better than 1500 meters |
| 34 | 4256151806 | 2017-12-21 | 21:11:13 | -82.52208 | 27.988785 | Location accuracy likely better than 1000 meters |
| 35 | 4256151806 | 2017-12-21 | 21:07:42 | -82.507896 | 27.989118 | Location accuracy likely better than 200 meters |
| 36 | 4256151806 | 2017-12-21 | 20:56:27 | -82.502748 | 27.972819 | Location accuracy likely better than 200 meters |
| 37 | 4256151806 | 2017-12-21 | 20:47:38 | -82.445229 | 27.963513 | Location accuracy likely better than 1000 meters |
| 38 | 4256151806 | 2017-12-21 | 20:32:57 | -82.396629 | 27.901845 | Location accuracy likely better than 400 meters |

---

**AT&T Proprietary**

MHT

The information contained here is for use by authorized persons only and is not for general distribution.

DISC-006666



2395519
01/16/2018

**Historical Precision Location Information**

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.

Run Date:        01/16/2018
Run Time:        15:43:42
Usage For:       (425)615-1806

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|------|-------------------|-----------------|------------------------|-----------|----------|-------------------|
| 39 | 4256151806 | 2017-12-21 | 20:30:17 | -82.40454 | 27.890325 | Location accuracy likely better than 1500 meters |
| 40 | 4256151806 | 2017-12-21 | 20:28:57 | -82.404243 | 27.860661 | Location accuracy likely better than 1500 meters |
| 41 | 4256151806 | 2017-12-21 | 20:23:40 | -82.376982 | 27.866142 | Location accuracy likely better than 1500 meters |
| 42 | 4256151806 | 2017-12-21 | 20:16:10 | -82.376982 | 27.866142 | Location accuracy likely better than 1500 meters |
| 43 | 4256151806 | 2017-12-21 | 18:30:26 | -82.314522 | 27.912465 | Location accuracy likely better than 1500 meters |
| 44 | 4256151806 | 2017-12-21 | 18:22:55 | -82.310922 | 27.900675 | Location accuracy likely better than 300 meters |
| 45 | 4256151806 | 2017-12-21 | 18:21:47 | -82.344267 | 27.90612 | Location accuracy likely better than 1000 meters |
| 46 | 4256151806 | 2017-12-21 | 17:45:33 | -82.322424 | 27.91332 | Location accuracy likely better than 600 meters |
| 47 | 4256151806 | 2017-12-21 | 17:37:50 | -82.322424 | 27.91332 | Location accuracy likely better than 600 meters |
| 48 | 4256151806 | 2017-12-21 | 17:29:23 | -82.322055 | 27.913275 | Location accuracy likely better than 600 meters |
| 49 | 4256151806 | 2017-12-21 | 17:08:33 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 50 | 4256151806 | 2017-12-21 | 16:53:46 | -82.327356 | 27.914409 | Location accuracy likely better than 600 meters |
| 51 | 4256151806 | 2017-12-21 | 16:42:19 | -82.327356 | 27.914409 | Location accuracy likely better than 600 meters |
| 52 | 4256151806 | 2017-12-21 | 16:19:39 | -82.325655 | 27.915417 | Location accuracy likely better than 600 meters |
| 53 | 4256151806 | 2017-12-21 | 16:01:12 | -82.335582 | 27.922329 | Location accuracy likely better than 600 meters |
| 54 | 4256151806 | 2017-12-21 | 15:52:03 | -82.335582 | 27.922329 | Location accuracy likely better than 600 meters |
| 55 | 4256151806 | 2017-12-21 | 15:34:27 | -82.32903 | 27.915066 | Location accuracy likely better than 600 meters |
| 56 | 4256151806 | 2017-12-21 | 15:26:08 | -82.32903 | 27.915066 | Location accuracy likely better than 600 meters |
| 57 | 4256151806 | 2017-12-21 | 15:11:10 | -82.320228 | 27.914652 | Location accuracy likely better than 600 meters |
| 58 | 4256151806 | 2017-12-21 | 15:02:42 | -82.320228 | 27.914652 | Location accuracy likely better than 600 meters |
| 59 | 4256151806 | 2017-12-21 | 14:54:46 | -82.320228 | 27.914652 | Location accuracy likely better than 600 meters |
| 60 | 4256151806 | 2017-12-21 | 14:34:26 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 61 | 4256151806 | 2017-12-21 | 14:23:49 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 62 | 4256151806 | 2017-12-21 | 14:15:14 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 63 | 4256151806 | 2017-12-21 | 14:06:27 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 64 | 4256151806 | 2017-12-21 | 13:58:04 | -82.327383 | 27.915993 | Location accuracy likely better than 600 meters |
| 65 | 4256151806 | 2017-12-21 | 13:39:57 | -82.322064 | 27.914742 | Location accuracy likely better than 600 meters |
| 66 | 4256151806 | 2017-12-21 | 13:18:23 | -82.327356 | 27.914409 | Location accuracy likely better than 600 meters |
| 67 | 4256151806 | 2017-12-21 | 13:09:59 | -82.327356 | 27.914409 | Location accuracy likely better than 600 meters |
| 68 | 4256151806 | 2017-12-21 | 13:00:33 | -82.327356 | 27.914409 | Location accuracy likely better than 600 meters |
| 69 | 4256151806 | 2017-12-21 | 12:50:37 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 70 | 4256151806 | 2017-12-21 | 12:42:27 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 71 | 4256151806 | 2017-12-21 | 12:32:10 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 72 | 4256151806 | 2017-12-21 | 12:22:52 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 73 | 4256151806 | 2017-12-21 | 12:15:13 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 74 | 4256151806 | 2017-12-21 | 12:06:27 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 75 | 4256151806 | 2017-12-21 | 11:52:14 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 76 | 4256151806 | 2017-12-21 | 11:42:00 | -82.330614 | 27.915867 | Location accuracy likely better than 600 meters |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

MHT

DISC-006667

2395519
01/16/2018

**Historical Precision Location Information**

The results provided are AT&T's best estimate of the location of the target number. Please exercise caution in using these records for investigative purposes as location data is sourced from various databases which may cause location results to be less than exact.



Run Date:       01/16/2018
Run Time:       15:43:42
Usage For:      (425)615-1806

| Item | IMSI/Phone Number | Connection Date | Connection Time (GMT) | Longitude | Latitude | Location Accuracy |
|---|---|---|---|---|---|---|
| 77 | 4256151806 | 2017-12-21 | 11:34:03 | -82.330614 | 27.915867 | Location accuracy likely better than 600 meters |
| 78 | 4256151806 | 2017-12-21 | 11:23:41 | -82.330614 | 27.915867 | Location accuracy likely better than 600 meters |
| 79 | 4256151806 | 2017-12-21 | 11:12:46 | -82.330587 | 27.917586 | Location accuracy likely better than 600 meters |
| 80 | 4256151806 | 2017-12-21 | 10:50:05 | -82.322055 | 27.913275 | Location accuracy likely better than 600 meters |
| 81 | 4256151806 | 2017-12-21 | 10:28:34 | -82.323882 | 27.914994 | Location accuracy likely better than 600 meters |
| 82 | 4256151806 | 2017-12-21 | 10:19:37 | -82.323882 | 27.914994 | Location accuracy likely better than 600 meters |
| 83 | 4256151806 | 2017-12-21 | 10:06:38 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 84 | 4256151806 | 2017-12-21 | 09:53:03 | -82.325637 | 27.913887 | Location accuracy likely better than 600 meters |
| 85 | 4256151806 | 2017-12-21 | 09:40:09 | -82.336986 | 27.921564 | Location accuracy likely better than 600 meters |
| 86 | 4256151806 | 2017-12-21 | 07:32:16 | -82.326654 | 27.915102 | Location accuracy likely better than 600 meters |
| 87 | 4256151806 | 2017-12-21 | 07:24:39 | -82.321335 | 27.912384 | Location accuracy likely better than 600 meters |
| 88 | 4256151806 | 2017-12-21 | 07:16:54 | -82.320804 | 27.912294 | Location accuracy likely better than 600 meters |
| 89 | 4256151806 | 2017-12-21 | 07:06:06 | -82.332702 | 27.904545 | Location accuracy likely better than 1500 meters |
| 90 | 4256151806 | 2017-12-21 | 07:00:56 | -82.307619 | 27.915291 | Location accuracy likely better than 2500 meters |
| 91 | 4256151806 | 2017-12-21 | 06:52:06 | -82.306485 | 27.934227 | Location accuracy likely better than 200 meters |
| 92 | 4256151806 | 2017-12-21 | 06:44:29 | -82.306485 | 27.934227 | Location accuracy likely better than 200 meters |
| 93 | 4256151806 | 2017-12-21 | 06:25:30 | -82.307313 | 27.938034 | Location accuracy likely better than 200 meters |
| 94 | 4256151806 | 2017-12-21 | 06:15:00 | -82.30482 | 27.934569 | Location accuracy likely better than 200 meters |
| 95 | 4256151806 | 2017-12-21 | 05:55:58 | -82.304442 | 27.933516 | Location accuracy likely better than 100 meters |
| 96 | 4256151806 | 2017-12-21 | 05:45:32 | -82.304442 | 27.933516 | Location accuracy likely better than 200 meters |
| 97 | 4256151806 | 2017-12-21 | 05:37:52 | -82.304442 | 27.933516 | Location accuracy likely better than 100 meters |
| 98 | 4256151806 | 2017-12-21 | 05:30:14 | -82.304442 | 27.933516 | Location accuracy likely better than 200 meters |
| 99 | 4256151806 | 2017-12-21 | 05:20:15 | -82.322037 | 27.922788 | Location accuracy likely better than 600 meters |
| 100 | 4256151806 | 2017-12-21 | 05:10:32 | -82.321785 | 27.912717 | Location accuracy likely better than 600 meters |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

DISC-006668