

# 69'ERS M.C.

# Tampa Grand Opening 1/6/16



Exhibit 310-003



Exhibit 310.004



Exhibit 310-005



Exhibit 310-006



Exhibit 115.007



Exhibit 310-008





Exhibit 310-009