







DISC-021189













Exhibit 401-011



DISC-021196