



DISC-021184