U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

**Evidence Identification Tag**

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 000054 |

DESCRIPTION OF PROPERTY
VEHICLE TYPE: MOTORCYCLE, YR: 2004, MAKE: Harley Davidson, COL: Black,
TAG: 5540RX

LOCATION RECOVERED FROM
Home Address of: COSIMANO, Christop
7505 Riverview DR,
Riverview          FL  33578-

PERSON RECOVERED FROM
COSIMANO, Christopher

CHAIN OF CUSTODY

SIGNATURE                 DATE
SIGNATURE                 DATE
SIGNATURE                 DATE

BAR CODE INFORMATION
2194101

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004
(over)

DISC-021999

Exhibit 407-002



Exhibit 407-001



Exhibit 197-004



Exhibit 467-003



Exhibit 407-006



DISC-022004



Exhibit 407-007

DISC-022005



DISC-022006



DISC-022007

Exhibit 407-010



Exhibit 407-011



DISC-022009

Exhibit 407-012



DISC-022010



DISC-022011

Exhibit 407-014





DISC-022013



DISC-022014

Exhibit 407-417



DISC-022015



Exhibit 407-019



Exhibit 407-020



DISC-022018



DISC-022019







DISC-022022

Exhibit 407.025



DISC-022023



DISC-022024

Exhibit 407-027





DISC-022026

Exhibit 407-029



DISC-022027

Exhibit 407-030



DISC-022028

Exhibit 407-031



Exhibit 407.032



Exhibit 407-033



DISC-022031

Exhibit 407-034



DISC-022032



DISC-022033



DISC-022034

Exhibit 407-037

