**U.S. Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

## Evidence Identification Tag

1. C

3.

### DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
#### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 008050 |

5.

DESCRIPTION OF PROPERTY
VEHICLE: TYPE: MOTORCYCLE, YR: 2000, MAKE: Big Dog, COL: Blue, TAG:
PUNKN

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: COSIMANO, Christico 7505 Riverview DR. Riverview    FL  33578- | MENCHER, Michael |

6.

#### CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
7. | | |
| SIGNATURE | DATE |
8. | | |
| SIGNATURE | DATE |
9. | | |

#### BAR CODE INFORMATION

10.

2194087

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004
(over)

Exhibit 408-002



DISC-021968

Exhibit 408-003



DISC-021969

Exhibit 408-004



DISC-021970

Exhibit 408-005



DISC-021971

Exhibit 408-006



Exhibit 408-007



DISC-021973

Exhibit 408-008



DISC-021974

Exhibit 408-009



Exhibit 408-010



Exhibit 408-011



DISC-021977



DISC-021978



DISC-021979

Exhibit 408-014



DISC-021980

Exhibit 408-015



DISC-021981

Exhibit 408-016



DISC-021982

Exhibit 406-017





Exhibit 408-018

DISC-021984

Exhibit 408-019



DISC-021985

Exhibit 408-020



DISC-021986

Exhibit 408-021



DISC-021987

Exhibit 408-022



DISC-021988

Exhibit 408-023



DISC-021989

Exhibit 408-024



DISC-021990



DISC-021991



DISC-021992



DISC-021993



DISC-021994



DISC-021995

Exhibit 408-030





DISC-021997

Exhibit 408-032



DISC-021998