RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 08 2018  ★

LONG ISLAND OFFICE

CCC:MEM
F. #2018R00127

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ARTHUR SIURANO,
    also known as "Peacock" and
    "Rooster,"

          Defendant.

- - - - - - - - - - - X

INDICTMENT

Cr. No. CR 18 066

(T. 18, U.S.C., §§ 924(c)(1)(A)(i),
924(d)(1), 2 and 3551 et seq.; T. 21, U.S.C.,
§§ 841(a)(1), 841(b)(1)(B)(ii)(II),
841(b)(1)(B)(viii), 846, 853(a) and 853(p);
T. 28, U.S.C., § 2461(c))

SEYBERT, J.

BROWN, M. J.

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute and Possess
with Intent to Distribute Controlled Substances)

    1.    In or about and between November 2016 and May 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARTHUR SURIANO, also known as "Peacock" and "Rooster," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved (a) a substance containing cocaine, a Schedule II controlled substance; and (b) a substance containing methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of cocaine and methamphetamine involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of

DISC-021340

other coconspirators reasonably foreseeable to him, was (a) 500 grams or more of a substance containing cocaine and (b) 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

(Title 21, United States Code, Sections 846, 841(b)(1)(B)(ii)(II) and 841(b)(1)(B)(viii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Use of Firearms In Connection with a Drug Trafficking Crime)

2. In or about and between November 2016 and May 2017, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARTHUR SURIANO, also known as "Peacock" and "Rooster," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to a drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess said firearms in furtherance of such drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

## COUNT THREE
(Possession of Methamphetamine with Intent to Distribute)

3. On or about April 29, 2017, within the District of New Jersey, the defendant ARTHUR SURIANO, also known as "Peacock" and "Rooster," did knowingly and intentionally possess with intent to distribute a controlled substance, which

offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNTS ONE AND THREE

4. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged in Counts One and Three, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT TWO

6. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count Two, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, or any violation of any other criminal law of the United States.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

5

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

DISC-021344

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ARTHUR SIURANO,
also known as "Peacock" and
"Rooster,"

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(d)(1), 2 and 3551 et seq.; T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 841(b)(1)(B)(viii), 846, 853(a) and 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ Nadia Reyesford _____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20_____

_____
Clerk

Bail, $ _____

_____

*AUSA Mark E. Misorek, 631-715-7874*

DISC-021345