```
 1                     UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF FLORIDA
 2                          TAMPA DIVISION

 3  UNITED STATES OF AMERICA,   )
                                )   8:18-cr-234-T-35SPF
 4           PLAINTIFF,         )   Tampa
                                )   August 12, 2019
 5           v.                 )   9:38 a.m.
                                )
 6  CHRISTOPHER BRIAN COSIMANO  )
    AND MICHAEL DOMINICK        )
 7  MENCHER,                    )
                                )
 8           DEFENDANTS.        )

 9                   TRANSCRIPT OF TRIAL PROCEEDINGS
                  BEFORE THE HONORABLE MARY S. SCRIVEN
10                    UNITED STATES DISTRICT JUDGE

11  APPEARANCES:
    For the Government:
12       MR. CARLTON C. GAMMONS
         MS. NATALIE HIRT ADAMS
13       United States Attorney's Office
         Suite 3200
14       400 N. Tampa Street
         Tampa, FL 33602-4798
15
    For Defendant Cosimano:
16       MR. J. JERVIS WISE
         Bjorn E. Brunvand, PA
17       615 Turner Street
         Clearwater, FL 33756
18
    For Defendant Mencher:
19       MS. ANNE F. BORGHETTI
         Anne F. Borghetti, PA
20       12211 49th Street North, Suite 1
         Clearwater, FL 33762-4300
21
    Court Reporter:          Tracey Aurelio, CRR, RMR, RDR
22                           Federal Official Court Reporter
                             801 N. Florida Avenue, 2nd Floor
23                           Tampa, Florida 33602
                             (813)301-5380
24
            Proceedings recorded by mechanical stenography,
25  transcript produced by computer.
```

1  _____

2       (Proceedings commenced at 9:38 a.m.)

3            THE COURT:  You can have the marshals bring the

4  Defendants.

5            MS. BORGHETTI:  Your Honor, can we have a sidebar?

6            THE COURT:  Sure.

7            One second.  We can't do that now, Mr. Anderson.  I

8  need to inquire of the jurors.

9            Will counsel waive the appearance of the Defendants

10 for the purpose of inquiring of a matter concerning a single

11 juror?

12           MR. WISE:  Yes, Your Honor.

13           MS. BORGHETTI:  Yes, Your Honor.

14           THE COURT:  Will the Government?

15           MR. GAMMONS:  Yes, Your Honor.

16           THE COURT:  All right.  We just got a note from

17 Mr. Feagans that says, "We had a juror look up laws over this

18 weekend.  We were unsure if that means he is tainted.  We want

19 to make sure we are keeping everything fair."

20           Mr. Feagans, which juror are you referring to?

21           JUROR FEAGANS:  Juror Number 3.  I can't pronounce

22 his real name, but he goes by James.

23           THE COURT:  Do you have the seating chart?

24           Mr. Jarupan, please stand.  I understand that you

25 looked up law over the weekend.

```
1              JUROR JARUPAN:  I looked up on one --

2              THE COURT:  I don't want you to tell me what you

3    looked up.  I just want to know --

4              JUROR JARUPAN:  Yes, ma'am.

5              THE COURT:  -- you looked up the law.

6              JUROR JARUPAN:  Yes, ma'am.

7              THE COURT:  Have you told any of the other jurors

8    what you found?

9              JUROR JARUPAN:  Yes, ma'am.

10             THE COURT:  Which jurors did you speak to?

11             JUROR JARUPAN:  I speaking to the meeting room.

12             THE COURT:  All right.  Mr. Feagans, did Mr. Jarupan

13   tell everyone on the jury what he found?

14             JUROR FEAGANS:  Yes, ma'am.

15             THE COURT:  And what is it that he told the jurors?

16             JUROR FEAGANS:  As far as?  I'm sorry.

17             THE COURT:  Well, let me do this:  Let me have each

18   of -- let me do this.  All the jurors are to step out.  At

19   this time I will call you each in individually.  You are not

20   to talk to each other about anything.  Just don't speak.

21   Don't talk about anything until we have resolved this very

22   serious breach of the Court's instructions.

23       (The jury withdrew from the courtroom at 9:41 a.m., and

24   the following transpired outside its presence:)

25             THE COURT:  Can we secure the Defendants?
```

1          You all can be seated.  What I had intended to do

2     while we are waiting for the Defendants to arrive is to just

3     inquire of each one of the jurors individually as to what he

4     or she heard and then evaluate -- I don't even know what it is

5     this person found.  They could have found that there's a judge

6     and a lawyer and the burden of proof is beyond a reasonable

7     doubt.  I have no idea what he heard or what he thinks he read

8     and what he told anyone.

9          I think we should start with him first, and then we

10    will call each of the individual jurors and see.  And then we

11    can evaluate how to proceed.

12         And I'm sorry.  I forgot the Defendants were shackled

13    and not to be presented in front of the jury in that fashion.

14    So we will wait until they arrive, and then we will call the

15    jurors.

16         The Court is sealed for these proceedings.

17       (Court recessed at 9:43 a.m., reconvened at 9:51 a.m.,

18    and the following transpired outside the presence of the

19    jury:)

20         THE COURT:  ████████████████████████████

21         ██████████████████████████████████████

22    ████████████████████████████████████████████████

23    ████████████████████████████████████████████████

24    ████████████████████████████████████████████████

25    ████████████████████████████████████████████████







```
 1   ████████████████████████████████████

 2      JUROR JARUPAN:  ███████████████████████

 3   █████████

 4      THE COURT:  █████████████████████████████

 5   ███████████████████████████████████████████

 6   ███████████████████████████████████████████

 7   ██████████████████████████████████

 8   █████████████████████████████████████████

 9   ███████████████████████████████████████████

10   █████████████████████████████████████████

11   ███████████████████████████████████████

12   ████████████████████

13         ██████████████████████████████████

14   ███████████████████████████████████████████

15   ██████████████████████████████████████████

16   ████████████████████████████████████████

17   ███████████████████████████████████████████

18   ██████████████████████████████████████████

19   ███████████████████████████████████████

20         ████████████

21         █████████████████████████████████

22   █████████████████████████████████████

23      JUROR JARUPAN:  ████████████

24      THE COURT:  ████████████████████████████

25   █████████████████████████████████████
```



```
 1
 2            MR. GAMMONS:
 3            THE COURT:
 4            MR. WISE:
 5            MS. BORGHETTI:
 6            THE COURT:
 7
 8
 9
10
11            THE COURT:
12
13            THE COURT:
14
15            THE COURT:
16
17
18            JUROR CAMPANELLO:
19
20            THE COURT:
21            JUROR CAMPANELLO:
22
23
24            THE COURT:
25
```



1    JUROR CAMPANELLO:

2

3

4

5    THE COURT:

6    JUROR CAMPANELLO:

7

8

9

10    THE COURT:

11

12

13

14    JUROR CAMPANELLO:

15

16    THE COURT:

17    JUROR CAMPANELLO:

18    THE COURT:

19    JUROR CAMPANELLO:

20

21

22

23    THE COURT:

24

25    JUROR CAMPANELLO:





```
 1     JUROR MARINO:    ████████
 2     THE COURT:    ██████████████████████
 3  ████████████████████████████████████████
 4  ██████████████████████████████
 5     JUROR MARINO:    ████████
 6     THE COURT:    ██████████████
 7  ████████████████████████████████████
 8  ██
 9     JUROR MARINO:    ██████████
10     THE COURT:    ██████████████████████
11     MR. GAMMONS:    ██████████████████
12  ██████████████
13     THE COURT:    ████████████████████████
14  ██████████
15     JUROR MARINO:    ████████████████
16  ████████████████
17     THE COURT:    ████████████████
18     JUROR MARINO:    ██████████████
19     THE COURT:    ██████████
20     JUROR MARINO:    ████████
21     THE COURT:    ██████████████████
22     JUROR MARINO:    ████████████████
23     THE COURT:    ██████
24     JUROR MARINO:    ██████████████████
25  ██████████████████████
```



1 ▮▮▮▮▮▮▮

2     THE COURT: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮

7     JUROR MARINO: ▮▮▮▮

8     THE COURT: ▮▮▮▮▮▮▮▮▮

9     MR. GAMMONS: ▮▮▮▮▮

10     THE COURT: ▮▮▮▮▮

11     MR. WISE: ▮▮▮▮

12     MS. BORGHETTI ▮▮▮▮

13     THE COURT: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15     JUROR MARINO: ▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮

17     THE COURT: ▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮

19     THE COURT: ▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮

21     THE COURTROOM DEPUTY: ▮▮▮▮▮▮▮

22     JUROR McWHITE: ▮▮

23     THE COURT: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮

25     JUROR McWHITE: ▮▮▮▮▮▮▮▮





```
 1        THE COURT:
 2        JUROR McWHITE:
 3        THE COURT:
 4
 5
 6
 7
 8
 9
10        JUROR McWHITE:
11        THE COURT:
12
13
14        JUROR McWHITE:
15        THE COURT:
16
17        JUROR McWHITE:
18        THE COURT:
19        MR. GAMMONS:
20        THE COURT:
21        MR. WISE:
22        MS. BORGHETTI:
23        THE COURT:
24
25
```



1    JUROR McWHITE:

2

3    THE COURT:

4

5

6    THE COURTROOM DEPUTY:

7    JUROR FEAGANS:

8    THE COURT:

9

10   JUROR FEAGANS:

11   THE COURT:

12

13

14

15

16

17   JUROR FEAGANS:

18

19

20   THE COURT:

21   JUROR FEAGANS:

22

23

24   THE COURT:

25



1

2     JUROR FEAGANS:

3     THE COURT:

4

5

6     JUROR FEAGANS:

7     THE COURT:

8

9

10

11    JUROR FEAGANS:

12    THE COURT:

13

14

15    JUROR FEAGANS:

16    THE COURT:

17

18

19    JUROR FEAGANS:

20    THE COURT:

21    MR. GAMMONS:

22    THE COURT:

23    MR. WISE:

24    MS. BORGHETTI:

25    THE COURT:



```
 1  ███████████████████████████████████████████████
 2  ████████████████████████████████████████
 3          JUROR FEAGANS:    ███████████
 4          THE COURT:    ██████████████████████████
 5  ██████████████████████████████████████
 6  ███████████████████████████████████████████████
 7  ████
 8          JUROR FEAGANS:    ███████████████████████
 9  ███████████████████████████████████████████████
10  █████
11          THE COURT:    ████████
12        ████████████████████████████
13          THE COURT:    ███████████████
14        ██████████████████████████
15          THE COURT:    ███████████████
16        ███████████████
17          THE COURTROOM DEPUTY:    ███████████████
18          JUROR GIFFORD:    ██
19          THE COURT:    ███████
20          JUROR GIFFORD:    ███████
21          THE COURT:    ██████
22          JUROR GIFFORD:    ██████
23          THE COURT:    ████████████████████
24  ███████████████████████████████████████████████
25  ████████████████████████████████████████
```

```
1    ███████████████████████

2         JUROR GIFFORD:  ████████████████████████

3    ████████████████████████

4         THE COURT:  ██████████████████████

5    ███████████████████████

6         JUROR GIFFORD:  ████████████████████████

7    ████████████████████████████████████

8         THE COURT:  ███████████████████████

9    ████████████████████████

10        JUROR GIFFORD:  ████████████████████████

11   █████████████████████

12        THE COURT:  ███████████████████

13   ██████████████████

14        JUROR GIFFORD:  █████████████████████

15   ██████████████████████

16        THE COURT:  ████████████████████████

17   ██████

18        JUROR GIFFORD:  ██████████████████████

19   ████████████████

20        THE COURT:  ████████████████████████

21   ███████████████████████████████████

22   ████████████████████████████████████

23        JUROR GIFFORD:  ██

24        THE COURT:  ████████████████████████

25   █████████████████████████████████████
```



1 ███████████████████████████████████████
2 ███████████████████████████████████████
3        JUROR GIFFORD:  ██
4        THE COURT:  ██████████████████████████
5 ██████████████████████
6        JUROR GIFFORD:  ██
7        THE COURT:  █████████████████
8 █████████████████████████████████████
9 ███████████████████
10       JUROR GIFFORD:  ██
11       THE COURT:  ████████████████████
12 ████████████████████
13       JUROR GIFFORD:  ██
14       THE COURT:  ██████████████████████████
15 ██████████████████████
16       JUROR GIFFORD:  █████████████
17       THE COURT:  █████████████████████
18 ████
19       MR. GAMMONS:  █████████
20       THE COURT:  ████████
21       MR. WISE:  ███████
22       MS. BORGHETTI:  ████████
23       THE COURT:  █████████████████████
24 ███████████████████████████████████████
25    ████████████████████████████







1

2      MR. GAMMONS:

3      THE COURT:

4      MR. WISE:

5      MS. BORGHETTI:

6      THE COURT:

7

8

9      THE COURT:

10

11

12      THE COURTROOM DEPUTY:

13

14      THE COURTROOM DEPUTY:

15

16      THE COURT:

17      JUROR PEREZ:

18      THE COURT:

19      JUROR PEREZ:

20      THE COURT:

21

22

23

24

25      JUROR PEREZ:



1
2   THE COURT:
3   JUROR PEREZ:
4   THE COURT:
5
6   JUROR PEREZ:
7   THE COURT:
8
9   JUROR PEREZ:
10   THE COURT:
11
12   JUROR PEREZ:
13   THE COURT:
14
15
16
17
18
19   JUROR PEREZ:
20   THE COURT:
21
22
23
24   JUROR PEREZ:
25   THE COURT:

1   ████████████████████████████████

2        JUROR PEREZ:  ████████████████████

3        THE COURT:  ████████████████████████

4   ███████████████████████████████████████████

5        JUROR PEREZ:  ██████████████████████████

6   ████████████

7        THE COURT:  ██████████████████████████

8   ████████████████████████

9        JUROR PEREZ:  ██

10       THE COURT:  ████████████████████████

11  ████████████████████████████

12       JUROR PEREZ:  ██

13       THE COURT:  ██████████████████████

14  ██████████

15       MR. GAMMONS:  ████████████

16       THE COURT:  ████████████

17       MR. WISE:  ██████████

18       MS. BORGHETTI:  ████████████

19       THE COURT:  ██████████████████████

20       JUROR PEREZ:  ████████████

21  ██████████████████████████████

22       THE COURT:  ██████

23  ████████████████████████████

24       THE COURTROOM DEPUTY:  ████████████████

25  ████████████





| | |
|---|---|
| 1 | THE COURT: |
| 2 | |
| 3 | |
| 4 | |
| 5 | JUROR ASKEW: |
| 6 | THE COURT: |
| 7 | |
| 8 | JUROR ASKEW: |
| 9 | THE COURT: |
| 10 | |
| 11 | |
| 12 | JUROR ASKEW: |
| 13 | THE COURT: |
| 14 | |
| 15 | |
| 16 | JUROR ASKEW: |
| 17 | THE COURT: |
| 18 | |
| 19 | |
| 20 | JUROR ASKEW: |
| 21 | THE COURT: |
| 22 | JUROR ASKEW: |
| 23 | THE COURT: |
| 24 | |
| 25 | |



```
1        JUROR HORDYCH:    ████
2        THE COURT:    ████
3    ████████████████████████████████████
4  ██████████████████████████████████████
5  ██████████████████████████████████████
6  ████████████████████████████████
7        JUROR HORDYCH:    ████████████████████
8  ███
9        THE COURT:    █████████████████
10       JUROR HORDYCH:    ███████████████████
11 ███
12       THE COURT:    █████████████████
13       JUROR HORDYCH:    █████████████████
14 ████████████
15       THE COURT:    ████████████████████
16 ███████████████
17       JUROR HORDYCH:    ██████
18       THE COURT:    █████████████████████
19 ████
20       JUROR HORDYCH:    ██
21       THE COURT:    ███████
22       JUROR HORDYCH:    ██████████
23       THE COURT:    ████████████████████
24 ██████
25       JUROR HORDYCH:    ████████████████████
```



```
 1  ████████████████████████████████████████████████
 2  ██████████████████████
 3      THE COURT: ██████████████████████████████████
 4  ████████████████████████████████████████████████
 5  ████████████████████████████████████████████████
 6  █████████████████████████████████████████████████
 7  ████
 8      JUROR HORDYCH: ████████████
 9      THE COURT: ███████████████████████████████████
10  █████████████████████████████████████████████████
11  ███████████████████████████████████████████████
12  ███████████████████████
13      JUROR HORDYCH: ███████████████████
14      THE COURT: ████████████████████████████████
15  █████████████████████████████████████████████████
16  ██████████████████████████████████████████
17      JUROR HORDYCH: █████████████
18      THE COURT: ██████████████████████████████████
19  ████████████████████████████████████████████
20  ██████████████████████████
21      JUROR HORDYCH: ███████████████████
22      THE COURT: ██████████████████████████████████
23  █████████████████████████████████████████████████
24  ██████████████████
25      JUROR HORDYCH: ████████████████████████████
```



```
 1        ████████████████████████
 2        THE COURT:  ████████████████████
 3        ███████████████████████████
 4        MR. GAMMONS:  ██████████
 5        THE COURT:  ██████████
 6        MR. WISE:  ██████████
 7        MS. BORGHETTI:  ████████████
 8        THE COURT:  ████████████████████████
 9   ████████████████████████████████████████████
10   ██████████████████████████████
11      ████████████████████████████████████
12        THE COURT:  ██████████
13      ██████████████████████████████
14        THE COURTROOM DEPUTY:  ████████████████████████████
15     ████████████████████
16        THE COURTROOM DEPUTY:  ████████████████████████
17   █████
18        JUROR PERSAUD:  ██████████
19        THE COURT:  ██████████
20        JUROR PERSAUD:  ██████████
21        THE COURT:  ██████████
22        JUROR PERSAUD:  ██████████████
23        THE COURT:  ████████████████████████
24        JUROR PERSAUD:  ███
25        THE COURT:  ██████████
```



1

2

3

4

5        JUROR PERSAUD:

6

7        THE COURT:

8

9        JUROR PERSAUD:

10

11       THE COURT:

12       JUROR PERSAUD:

13       THE COURT:

14

15       JUROR PERSAUD:

16       THE COURT:

17

18

19       JUROR PERSAUD:

20

21

22

23

24

25       THE COURT:

| | |
|---|---|
| 1 | ████████████████████████████ |
| 2 | JUROR PERSAUD: ██████████████████████ |
| 3 | ██████████████████████████ |
| 4 | THE COURT: ██████████████████████████ |
| 5 | ████████████████████████████████████ |
| 6 | ███████████████████████████ |
| 7 | JUROR PERSAUD: ████ |
| 8 | THE COURT: █████████████████████████ |
| 9 | ████████████████████████████████████ |
| 10 | ████████████ |
| 11 | JUROR PERSAUD: ██████ |
| 12 | THE COURT: ███████████████████████████ |
| 13 | ███████████████████████████████████ |
| 14 | ████████████████████████████████████ |
| 15 | ███████████████ |
| 16 | JUROR PERSAUD: ██████ |
| 17 | THE COURT: █████████████████████████ |
| 18 | ████████████████████████████████████ |
| 19 | ██████ |
| 20 | JUROR PERSAUD: ██████ |
| 21 | THE COURT: ████ |
| 22 | ████████████████████ |
| 23 | MR. GAMMONS: ██████ |
| 24 | THE COURT: ██████ |
| 25 | MR. WISE: ██████ |



```
 1          MS. BORGHETTI:  ███████████████

 2          THE COURT:  ████████████████████████████████

 3    █████████████████████████████████████████████

 4    ████████████████████

 5          JUROR PERSAUD:  ████████████

 6       ████████████████████████████████

 7          THE COURT:  ███████████████

 8      ████████████████████████████████

 9          THE COURTROOM DEPUTY:  ███████████████████

10       ████████████████████

11          THE COURTROOM DEPUTY:  ██████████████████

12   ██████

13          JUROR WILLIAMS:  ████████████████

14          THE COURT:  █████████████████

15          JUROR WILLIAMS:  ███████████████

16          THE COURT:  ████████████

17          JUROR WILLIAMS:  ██████████████

18          THE COURT:  ████████████████████████████

19   ████████████████

20        ███████████████████████████████████

21   ██████████████████████████████████

22   ██████████████████████████████████████████

23   ███████████████

24          JUROR WILLIAMS:  █████

25          THE COURT:  ███████████████
```



| 1 | JUROR WILLIAMS: |
| 2 | |
| 3 | |
| 4 | THE COURT: |
| 5 | |
| 6 | JUROR WILLIAMS: |
| 7 | THE COURT: |
| 8 | JUROR WILLIAMS: |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | THE COURT: |
| 16 | |
| 17 | |
| 18 | JUROR WILLIAMS: |
| 19 | THE COURT: |
| 20 | |
| 21 | |
| 22 | JUROR WILLIAMS: |
| 23 | |
| 24 | |
| 25 | THE COURT: |













1
2
3      MR. GAMMONS:
4      MR. WISE:
5      MS. BORGHETTI:
6      THE COURT:
7
8
9
10     MS. BORGHETTI:
11
12
13
14
15
16
17
18
19     THE COURT:
20
21
22
23
24
25



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16     MR. GAMMONS:
17
18
19     THE COURT:
20
21
22
23
24
25
```





1

2

3         The courtroom can be reopened at this time.

4         All right.  We are going to take a recess until

5    11:15.  One of the jurors is still 45 minutes away.  And we

6    will just call it 11:15 in general, but it might be as late as

7    11:30.  The Court stands in recess.

8         (Recess taken from 10:50 a.m. until 12:04 p.m.)

9         THE COURT:  The court is again in session.  Juror

10   Number 13 is up and present.

11         At the conclusion of the proceedings, I explained to

12   the alternates that they would be excused because they would

13   be alternates, but I told them that I was cautioning them that

14   they must not start looking at anything, acting in any way

15   differently than they had been during the course of the trial,

16   because if in the unlikely circumstance during deliberations

17   one of the jurors would have to be excused, the Court would

18   then have to call one of them back to fill in and they would

19   have to start their deliberations all over again with that

20   juror being present in light of the requirement in general

21   circumstances for there to be 12 jurors.

22         I intend to remind the juror of that by reading

23   precisely that which came from the record and then to inquire

24   of him if he has adhered to the Court's instructions in that

25   regard and then ask him if he can remain committed to his

1  commitment to be fair and hear the case fairly and follow the

2  Court's instructions.  And then we will see what his response

3  is, and then we'll know how to proceed.

4          The fourteenth juror is also present in the building.

5  And I'm not sure if the lawyers want me to inquire of both

6  them and then make a decision or whether you want me to

7  inquire of one, and then if he is suitable, excuse the other

8  yet again.  How do you wish for me to proceed?

9          MR. GAMMONS:  I think it would be appropriate to

10  inquire of Mr. Vescera, Juror Number 13, and then seat him if

11  he's appropriate.  If he's -- for some reason he can't serve,

12  I think we then should move to Juror Number 14.

13          THE COURT:  How does the Defense perceive it?

14          MR. WISE:  Your Honor, our preference would be to

15  question them both, given Juror Number 13's comments he made

16  just -- well, I guess just after the jury was sworn.  I think

17  it would be more prudent to question both of them.

18          THE COURT:  And he also expressed that he didn't want

19  to come back when we called him, but we told him he had to

20  come back, which is why I called for two.  So I'll inquire of

21  both since one requested.  I assume that will be your request

22  as well, Ms. Borghetti?

23          MS. BORGHETTI:  Yes.

24          THE COURT:  Please call the juror.  One at a time,

25  not together.  So call Number 13 first.

1          (Juror Vescera brought before the Court.)

2               THE COURT:  Good morning, sir.

3               JUROR VESCERA:  Good morning.

4               THE COURT:  You are Juror Number 13 who was the first

5     alternate.  You will recall that.  Right?

6               JUROR VESCERA:  Yes.

7               THE COURT:  Sir, at the conclusion of the proceedings

8     on Thursday before the jury was excused to begin

9     deliberations, you were advised that you were an alternate and

10    that you would not participate initially in deliberations.

11    The Court, however, cautioned you that you must not start

12    looking at anything or acting in any way differently than you

13    had been during the course of the trial, because in the

14    unlikely circumstance during deliberations that one of the

15    jurors would have to be excused, the Court would then have to

16    call one of you back to fill in and the jury would have to

17    start its deliberations all over again with your being

18    present.

19               That unlikely circumstance has come to be.  One of

20    the jurors has had to be excused for reasons that should not

21    concern you.  And because you are the first alternate, you

22    have been called.

23               Have you followed the Court's instructions in regard

24    to not looking at anything or acting in any way differently

25    than you had been during the course of the trial?

1          JUROR VESCERA:  Yes, ma'am.

2          THE COURT:  Have you done any research, outside

3    inquiry of any type during this break when you have been away

4    from this jury?

5          JUROR VESCERA:  No, ma'am.

6          THE COURT:  You indicated when you were called a

7    little while ago that you didn't want to come back because you

8    had gotten back into your work routine.  Do you understand

9    that you have an obligation as a sworn juror to serve this

10   jury?

11         JUROR VESCERA:  Yes.

12         THE COURT:  Will you put aside any concerns about

13   your work and serve in deliberations fairly and consistently

14   with the law that the Court instructed you you must follow in

15   reaching a verdict in this case?

16         JUROR VESCERA:  Yes.

17         THE COURT:  Does anyone wish to inquire further of

18   this juror?

19         MS. BORGHETTI:  Could we come to sidebar, Your Honor,

20   briefly?

21         THE COURT:  Yes.

22      (Bench conference on the record with all counsel

23   present.)

24         MS. BORGHETTI:  My concern is that he is also the one

25   who said that he didn't want his name out in public and that

1  the Court inquired of that.  Would the Court consider asking

2  him his feelings about that now still or can he put it aside

3  and still, you know, sit as a juror?

4          MR. GAMMONS:  Immediately after they were sworn, he

5  came up and said that he felt uncomfortable.  I think it would

6  be appropriate to bring that issue back up to make sure that

7  it is not weighing on his mind or anything like that.

8          THE COURT:  Well, I asked him that before and we know

9  that it does.  So what is the purpose of asking it again?

10  What am I doing?  What if he says, yes, it still weighs on my

11  mind?  I can ask him and then we can call the other juror and

12  inquire of her and then we can make a decision.

13          MS. BORGHETTI:  That would be fine.

14          MR. GAMMONS:  That would be the Government's

15  preference.

16          THE COURT:  All right.

17      (End of bench conference.)

18          THE COURT:  Sir, you also, right after you were

19  initially sworn in as a juror in this case, you indicated that

20  you were hesitant to serve because of concerns about safety

21  and having your name out in this case.  And the Court

22  explained to you then that we would not just be republishing

23  your name over and over again.  You will be referred to by

24  your juror number as we have, but obviously your name has been

25  stated in the courtroom already.  And so the Court is

1  inquiring whether you still have that concern.  And, if so,

2  whether you can put it aside.  Do you still have that concern?

3          JUROR VESCERA:  No.

4          THE COURT:  So you are able to sit in this jury

5  without any concern that you have previously raised?

6          JUROR VESCERA:  Yes.

7          THE COURT:  All right.  Let me let you step out, and

8  then I have to inquire of the other juror, and then we will

9  let you know how to proceed.  Thank you, sir, for your coming

10 back.  I know it's short notice.

11     (Juror Vescera withdrew from the courtroom.)

12     (Juror Stevenson brought before the Court.)

13         THE COURT:  Good morning.

14         JUROR STEVENSON:  Good morning.

15         THE COURT:  How are you?

16         JUROR STEVENSON:  Wore out.  I moved this weekend.

17 So I was unpacking boxes.

18         THE COURT:  Oh, I am sorry that we have had to

19 disturb you.

20         JUROR STEVENSON:  That's all right.

21         THE COURT:  But you will recall when you were excused

22 after the case was completed and the instructions were read,

23 the Court explained to you that you were being excused because

24 you were an alternate, but the Court cautioned you that you

25 must not look at anything or act in any way differently than

1  you have been during the course of the trial, because if in

2  the unlikely circumstance during deliberations one of the

3  jurors would have to be excused, the Court would have to call

4  you back to fill in and then the jury would have to begin its

5  deliberations anew with you being present during the course of

6  the deliberations.  Do you understand that?

7           JUROR STEVENSON:  Yes, I do.

8           THE COURT:  Have you followed the Court's

9  instructions and not looked at anything or researched anything

10  concerning this case during this break?

11          JUROR STEVENSON:  Yes, I have.

12          THE COURT:  Are you prepared to serve fairly as a

13  juror in this case and follow the instructions on the law that

14  the Court has instructed you must be applied in this case?

15          JUROR STEVENSON:  Yes, I am.

16          THE COURT:  Does the Government wish to have a

17  sidebar?

18          MR. GAMMONS:  No, Your Honor.

19          THE COURT:  Does the Defense?

20          MR. GAMMONS:  No, Your Honor.

21          MS. BORGHETTI:  No, Your Honor.

22          THE COURT:  Any further inquiry of this potential

23  alternate?

24          MR. GAMMONS:  Not from the United States.

25          MR. WISE:  No, Your Honor.

```
 1          MS. BORGHETTI:  No, Your Honor.

 2          THE COURT:  All right.  If you would just step out

 3  for just a minute.  Thank you very much.

 4      (Juror Stevenson withdrew from the courtroom.)

 5          THE COURT:  How does the Government wish to proceed

 6  with respect to the replacement of Juror Number 3 with

 7  Mr. Vescera?

 8          MR. GAMMONS:  It's acceptable to the United States.

 9          THE COURT:  The Defense?

10          MR. WISE:  It's acceptable, Your Honor.

11          MS. BORGHETTI:  Could I have just a moment?

12          THE COURT:  Yes.

13      (Attorney-client conference.)

14          MS. BORGHETTI:  We would accept Juror Number 13.

15          THE COURT:  And as it relates to Juror Number 14, do

16  you want me to just tell her we apologize again for disturbing

17  her and making her drive all the way over from Winter Haven

18  but she should still maintain her integrity as a potential

19  juror?

20          MR. GAMMONS:  Yes, Your Honor.

21          MR. WISE:  Yes, Your Honor.

22          MS. BORGHETTI:  Yes, Your Honor.

23          THE COURT:  All right.  Please call Juror Number 14

24  back.

25      (Juror Stevenson brought before the Court.)
```

1            THE COURT:  Ma'am, please have a seat.  Please don't

2    throw your Dunkin' Donuts coffee at me, but I'm going to

3    excuse you again.  I apologize.

4            This process has to happen in this way.  These are

5    very serious matters that we have to be concerned about.

6    Because we couldn't know what you all's answers would be

7    whether you had maintained your integrity in these

8    proceedings, we had to call in a couple of people in order to

9    maintain the course of the trial.

10           It appears now that the alternate before you is

11   suitable to serve on the jury at this time.  And so we will

12   not be requiring you to sit and deliberate.

13           Again, the Court apologizes for the inconvenience.

14   You will be paid as a juror for your service today.  The Court

15   is also going to impress upon you to continue to maintain your

16   integrity as an alternate because we just never know what

17   could happen.  And there is a possibility, hopefully albeit

18   slight, that you would have to be re-called.

19           But again, thank you for your willingness to drop

20   everything and come over here, and thank you for your

21   continued service.  And you are again excused.  Thank you.

22       (Juror Stevenson withdrew from the courtroom.)

23           Please re-call the entire panel.  Is the jury

24   convened?  Please call the entire jury.

25       (The jury returned to the courtroom at 12:18 p.m., and

1  the following transpired:)

2      THE COURT:  Juror Number 13, will you look at that

3  notepad and make sure that's your handwriting.  All right.  Be

4  seated, please.

5      Ladies and gentlemen of the jury, thank you for your

6  patience.  The jury has been reseated with one of its

7  alternates and replaced with the juror who was excused.  The

8  jury will then begin its deliberations anew.  You should start

9  from the very beginning.  Whatever you all did, start from the

10 very beginning and then consider the evidence and the law that

11 the Court has provided for you in considering and in reaching

12 your verdict.

13     Let me see counsel at sidebar.

14     (Bench conference on the record with all counsel

15 present.)

16     THE COURT:  Since the jury is starting all over

17 again, I assume that the note that they sent about if the

18 intent is such and such and is not thus and such, is it

19 conspiracy to commit murder or conspiracy to commit assault,

20 they are to disregard that because that is not a question from

21 this panel.  Is that acceptable to the Government?

22     MR. GAMMONS:  Yes, Your Honor.

23     THE COURT:  Is that acceptable to the Defense?

24     MS. BORGHETTI:  Yes.

25     MR. WISE:  Yes, Your Honor.

1          (End of bench conference.)

2          THE COURT:  As part of the jury's initial

3  deliberations, a question was presented to the Court and the

4  Court answered that question.  This new jury is to disregard

5  even that discussion because that is not a discussion of this

6  jury.  Now, if it comes up again as part of this newly

7  constituted jury, you can inquire again and the Court can

8  instruct you again, as is true of anything.

9          If the jury does not understand something, has any

10  questions with respect to the law or needs some clarification

11  on the evidence, again present your questions in writing to

12  the Court.  The Court will consider any such written inquiry

13  and will respond to you back here in the courtroom.

14          Thank you again for your patience.

15          And, Mike, did we reserve lunch for Juror Number 13?

16          We have you some lunch so you don't miss out on the

17  lunch.

18          The jury is excused to begin your deliberations.

19  Thank you.

20       (The jury withdrew from the courtroom at 12:20 p.m., and

21  the following transpired outside its presence:)

22          THE COURT:  Is there anything the Court needs to

23  address the parties to before we break?

24          MR. GAMMONS:  No, Your Honor.

25          MR. WISE:  No, Your Honor.

1          MS. BORGHETTI:  No, Your Honor.

2          THE COURT:  All right.  The Court stands in recess

3    until we hear from the jury again.

4       (Recess taken from 12:21 p.m. until 1:41 p.m.)

5          THE COURT:  Please re-call the case.

6          THE COURTROOM DEPUTY:  Yes, Your Honor.  This is Case

7    Number 8:18-cr-234-T-35SPF, United States of America v.

8    Christopher Brian Cosimano and Michael Dominick Mencher.

9          THE COURT:  Will counsel state their appearances.

10         MR. GAMMONS:  Good afternoon, Your Honor.  Carlton

11   Gammons and Natalie Adams for the United States.

12         THE COURT:  Good afternoon.

13         MR. WISE:  Good afternoon, Your Honor.  Jervis Wise

14   on behalf of Mr. Cosimano.

15         THE COURT:  Good afternoon.

16         MS. BORGHETTI:  Good afternoon, Your Honor.

17   Anne Borghetti on behalf of Michael Mencher.

18         THE COURT:  Good afternoon.

19         Mr. Wise, can you pull your garbage can back.  It's

20   sticking out of the chair.  Thank you.

21         The jury has notified the Court that it has reached

22   verdict.  The Court at this time is going to receive the jury

23   and receive the verdict.

24         The Court will admonish the audience, the spectators

25   who are in the courtroom that these are serious and solemn

1  matters that we are here to deal with.  The Court does not

2  expect any outbursts or any inappropriate responses from the

3  jury, from the jury verdict, either from the people who are

4  spectators or the Defendants.  If we have any such outburst

5  such as that, anyone participating could be held in contempt

6  of these court proceedings.

7          Please re-call the jury.

8      (The jury returned to the courtroom at 1:42 p.m., and the

9  following transpired:)

10         THE COURT:  The Court understands that this jury has

11 reached a verdict.  Is that correct, Mr. Feagans?

12         THE FOREPERSON:  Yes, ma'am.

13         THE COURT:  Please bring the verdict form to the

14 courtroom security officer.

15         May I see counsel at sidebar?

16     (Bench conference on the record with all counsel

17 present.)

18         THE COURT:  The jury has found Mr. Mencher guilty of

19 aiding and abetting the murder, the conspiracy to committed

20 murder.  But with respect to brandishing a firearm or

21 discharging a firearm, it has found him not to have done that,

22 presumably because it is their belief that he didn't brandish

23 or discharge the firearm, but obviously a firearm was

24 brandished and discharged.  Does anyone consider that to be an

25 inconsistent or incongruent verdict?

1          MR. GAMMONS:  I don't believe so from the United

2    States.  I think that the 924(c) aiding and abetting

3    instruction requires him to have advanced knowledge of the

4    firearm.  So I don't believe it to be inconsistent with the

5    verdict.

6          THE COURT:  All right.  Does Defense agree?

7          MS. BORGHETTI:  Yes.

8          MR. WISE:  Yes.

9          THE COURT:  All right.

10        (End of bench conference.)

11         THE COURT:  Would the Defendant, Michael Dominick

12   Mencher, stand.

13         Is the foreperson confident this is the unanimous

14   verdict of this jury?

15         THE FOREPERSON:  Yes, ma'am, I am.

16         THE COURT:  All right.  Mr. Mencher, as to Count 1,

17   the offense of conspiracy to commit murder -- namely, in

18   connection with the death of Paul Anderson -- in aid of

19   racketeering activity, in violation of 18 United States Code

20   Section 1959(a)(5), we, the jury, unanimously find the

21   Defendant, Michael Mencher, guilty.

22         As to Count 2, the offense of murder in aid of

23   racketeering -- namely, in connection with the death of Paul

24   Anderson -- in violation of 18 U.S.C. Section 1959(a)(1), or

25   as to the aiding and abetting of another who committed that

1  offense in violation of 18 U.S.C. Sections 1959(a)(1) and 2,

2  we, the jury, unanimously find the Defendant, Michael Mencher,

3  guilty.

4          As to the offense of carrying or using a firearm

5  during and in relation to a crime of violence in connection

6  with the death of Paul Anderson as described in Count 2, in

7  violation of 18 U.S.C. Section 924(c)(1)(A), or as to the

8  aiding and abetting of another who committed the offense in

9  violation of 18 U.S.C. Sections 924(c)(1)(A)(iii) and 2, we,

10 the jury, unanimously find the Defendant, Michael Mencher,

11 guilty.

12         As to Count 4, we, the jury, having found Michael

13 Mencher guilty of the offense charged in Count 3 or of aiding

14 and abetting another who committed that offense, further find

15 with respect to that count that the firearm was brandished,

16 the answer is no.

17         And as to whether the firearm was discharged, the

18 answer is no.

19         As to Count 4, the offense of using or carrying a

20 firearm during and in relation to a crime of violence --

21 namely, in connection with the death of Paul Anderson as

22 described in Count 2 -- and in the course of such conduct

23 causing death, in violation of 18 U.S.C. Section 924(j) -- is

24 that a J or a 1 -- (j)(1) and 2, we, the jury, unanimously

25 find the Defendant guilty.

1          And as to whether the firearm was brandished, the

2  jury says no.  And as to whether the firearm was discharged,

3  the jury says no.

4          As to the offense of conspiring to possess with

5  intent to distribute heroin, a controlled substance, in

6  violation of 21 U.S.C. Section 846, we, the jury, unanimously

7  find the Defendant, Michael Mencher, not guilty.

8          So say we all, this 12th day of August, 2019.

9          You may be seated.

10          Mr. Cosimano, if you would please stand, sir.

11          In the matter of the United States v. Cosimano,

12  Count 1, as to the offense of conspiracy to commit murder --

13  namely, in connection with the death of Paul Anderson -- in

14  aid of racketeering activity, in violation of 18 U.S.C.

15  Section 1959(a)(5), we, the jury, unanimously find the

16  Defendant, Christopher Cosimano, guilty.

17          As to the offense of murder in aid of racketeering

18  activity -- namely, in connection with the death of Paul

19  Anderson -- in violation of 18 U.S.C. Section 1959(a)(1) or as

20  to the aiding and abetting another who committed that offense,

21  in violation of 18 U.S.C. Sections 1959(a)(1) and 2, we, the

22  jury, unanimously find the Defendant, Christopher Cosimano,

23  guilty.

24          As to Count 3, the offense of using or carrying a

25  firearm during and in relation to a crime of violence --

1  namely, in connection with 2, we, the jury, unanimously find

2  the Defendant, Christopher Cosimano, guilty.

3          We, the jury, having found Christopher Cosimano

4  guilty of the offense charged in Count 3 of aiding or aiding

5  and abetting another who committed that offense, further find

6  with respect to that count that the firearm was brandished,

7  yes.

8          We, the jury, having found Christopher Cosimano

9  guilty of the offense charged in Count 3 or of aiding and

10 abetting another who committed that offense, further find with

11 respect to that count that the firearm was discharge, we

12 answer yes.

13         As to the offense of using or carrying a firearm

14 during and in relation to a crime of violence -- namely, in

15 connection with the death of Paul Anderson as described in

16 Count 2 -- and in the course of such conduct causing the

17 death, in violation of 18 U.S.C. 924(j)(1), or aiding and

18 abetting another who committed that offense, in violation of

19 18 U.S.C. Sections 924(j)(1) and 2, we, the jury, unanimously

20 find the Defendant, Christopher Cosimano, guilty.

21         With respect to the question charged in Count 4 of

22 aiding and abetting another who committed that offense,

23 further find with respect that the firearm was brandished,

24 yes.

25         And as to the question of whether the firearm was

1  discharged, the jury answers yes.

2          And as to the offense of assault with a dangerous

3  weapon in aid of racketeering activity -- in connection with

4  James Costa -- in violation of 18 U.S.C. 959(a)(3), or to

5  aiding and abetting of another who committed that offense, in

6  violation of 18 United States Code Section 1959(a)(3) and 2,

7  we, the jury, unanimously find Defendant, Christopher

8  Cosimano, not guilty.

9          As to the question in Paragraph 7, using or carrying

10 a firearm in relation to a crime of violence -- in connection

11 with the offense involving James Costa -- we, the jury, find

12 not guilty.  And it did not, as instructed, answer the

13 following two questions.

14          So say we all, this 12th day of August, 2019.

15          You may be seated.

16          The parties having heard the verdict of this jury,

17 does either party wish to have the jury polled as to its

18 verdict?

19          MR. WISE:  Yes, Your Honor.

20          MS. BORGHETTI:  Yes, Your Honor.

21          THE COURT:  Does the Government make a similar

22 request?

23          MR. GAMMONS:  Yes, Your Honor.

24          THE COURT:  The Court explained to the jury that you

25 would not have to explain your verdict, but you will have to

1  confirm that this is your verdict.

2         And as to the verdict of Mr. Mencher, Juror Number 1,

3  is this your verdict?

4         JUROR CAMPANELLO:  Yes, Your Honor.

5         THE COURT:  As to the verdict for Mr. Cosimano, Juror

6  Number 1, is this your verdict?

7         JUROR CAMPANELLO:  Yes, Your Honor.

8         THE COURT:  Juror Number 2, as to the verdict read

9  for Mr. Mencher, is this your verdict?

10        JUROR MARINO:  Yes, Your Honor.

11        THE COURT:  As to the verdict for Mr. Cosimano, is

12 this your verdict?

13        JUROR MARINO:  Yes, Your Honor.

14        THE COURT:  Juror Number 4, as to the verdict of

15 Mr. Mencher, is this your verdict?

16        JUROR McWHITE:  Yes, Your Honor.

17        THE COURT:  And as to the verdict for Mr. Cosimano,

18 is this your verdict?

19        JUROR McWHITE:  Yes, Your Honor.

20        THE COURT:  Juror Number 5, as to the verdict for

21 Mr. Mencher is this your verdict?

22        JUROR FEAGANS:  Yes, sir.

23        THE COURT:  As to Mr. Cosimano, is this your verdict?

24        JUROR FEAGANS:  Yes, Your Honor.

25        THE COURT:  Pass it down to juror Number 5 -- I'm

1   sorry -- Juror Number 6.

2           As to the verdict of Mr. Mencher, Juror Number 6, is

3   this your verdict?

4           JUROR GIFFORD:  Yes, Your Honor.

5           THE COURT:  As to Mr. Cosimano, is this your verdict?

6           JUROR GIFFORD:  Yes, Your Honor.

7           THE COURT:  Juror Number 7, as to Mr. Mencher is this

8   your verdict?

9           JUROR JONES:  Yes, Your Honor.

10          THE COURT:  As to Mr. Cosimano, is this your verdict?

11          JUROR JONES:  Yes, Your Honor.

12          THE COURT:  Juror Number 8, as to Mr. Mencher is this

13  your verdict?

14          JUROR PEREZ:  Yes, Your Honor.

15          THE COURT:  As to Mr. Cosimano, is this your verdict?

16          JUROR PEREZ:  Yes, Your Honor.

17          THE COURT:  Juror 9, as to Mr. Mencher, is this your

18  verdict?

19          JUROR ASKEW:  Yes, Your Honor.

20          THE COURT:  As to Mr. Cosimano, is this your verdict?

21          JUROR ASKEW:  Yes, Your Honor.

22          THE COURT:  Juror Number 10, as to Mr. Mencher, is

23  your verdict?

24          JUROR HORDYCH:  Yes, Your Honor.

25          THE COURT:  And as to Mr. Cosimano, is this your

1  verdict?

2          JUROR HORDYCH:  Yes, Your Honor.

3          THE COURT:  Juror Number 11, as to Mr. Mencher, is

4  this your verdict?

5          JUROR PERSAUD:  Yes, Your Honor.

6          THE COURT:  As to Mr. Cosimano, is your verdict?

7          JUROR PERSAUD:  Yes, Your Honor.

8          THE COURT:  Pass the microphone down to Juror

9  Number 12.

10          Juror Number 12, as to the verdict rendered for

11  Mr. Mencher, is this your verdict?

12          JUROR WILLIAMS:  Yes.

13          THE COURT:  And as to the verdict against

14  Mr. Cosimano, is this your verdict?

15          JUROR WILLIAMS:  Yes.

16          THE COURT:  Juror 13, as to the verdict concerning

17  Mr. Mencher, is this your verdict?

18          JUROR VESCERA:  Yes, Your Honor.

19          THE COURT:  As to the verdict of Mr. Cosimano, is

20  this your verdict?

21          JUROR VESCERA:  Yes, Your Honor.

22          THE COURT:  Thank you.

23          This concludes the publication of the verdict in this

24  matter.  This means that the work of this jury is concluded.

25          Ladies and gentlemen, let me thank you on behalf of

1  the parties and on behalf of the Court for your diligence in

2  managing this very difficult case, your attention and your

3  professionalism throughout the process.  We cannot do this

4  without your service.  I know that this has been a tremendous

5  impact on your personal lives, but the Court would thank you

6  on behalf of all the parties for your work.

7       I will step back in a moment to speak with you all

8  personally if you like.  You do not have to stay.  We have

9  taxed you long enough.  I do have to excuse the lawyers,

10 though, for a second, and then I will come back and talk to

11 you if you like.  If you do not wish to stay, you are free go.

12       You do not have to answer to anyone concerning your

13 verdict.  The lawyers and the parties are not permitted to ask

14 you about your verdict or to talk to you about your verdict.

15 If you want to talk to them, there is nothing I can do to stop

16 you.  I do discourage it.

17       Whoever else you want to talk to is also left up to

18 you, but it is not anything that you have to do, nor is it

19 anything you should feel compelled to do, but that is a

20 decision that you will make on your own.

21       But thank you for your service.  If you step out for

22 a moment, I'll be back.  If you decide to leave, again, thank

23 you very much.

24    (The jury withdrew from the courtroom.)

25       THE COURT:  Is there anything further with respect to

1  the Government?

2          MR. GAMMONS:  Not from the United States.

3          THE COURT:  From the Defense?

4          MR. WISE:  No, Your Honor.

5          MS. BORGHETTI:  No, Your Honor.

6          THE COURT:  This concludes these proceedings.  The

7  Court will permit the parties to file whatever motions they

8  wish to file within the time period permitted by the rules.

9  Thereafter, the Court will address the parties to their

10  concerns and will set a matter for sentencing.

11          Do we have a preliminary sentencing date at this

12  time?  We don't have a preliminary sentencing date.  We have

13  to conduct the probation report before we set a deadline for

14  the sentencing.  But as soon as we know, it will be notified

15  both publicly and to the Defense.

16          Presumably, the Government is seeking the continued

17  remand of both Defendants.  Is that right?

18          MR. GAMMONS:  Yes, Your Honor.

19          THE COURT:  Any challenge to that remand?

20          MR. WISE:  No, Your Honor.

21          MS. BORGHETTI:  No, Your Honor.

22          THE COURT:  The Defendants are remanded to the

23  custody of the U.S. Marshal to await sentencing by this Court.

24  This concludes these proceedings.

25          Thank you, ladies and gentlemen, for your work.

1        (Proceedings concluded at 1:59 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1  UNITED STATES DISTRICT COURT    )
                                    )
2  MIDDLE DISTRICT OF FLORIDA      )

3
                    REPORTER TRANSCRIPT CERTIFICATE
4
        I, Tracey Aurelio, Official Court Reporter for the United
5  States District Court, Middle District of Florida, certify,
   pursuant to Section 753, Title 28, United States Code, that
6  the foregoing is a true and correct transcription of the
   stenographic notes taken by the undersigned in the
7  above-entitled matter (Pages 1 through 70 inclusive) and that
   the transcript page format is in conformance with the
8  regulations of the Judicial Conference of the United States of
   America.

9

10                                  /s    Tracey Aurelio

11                                  Tracey Aurelio, RMR, RDR, CRR
                                    Official Court Reporter
12                                  United States District Court
                                    Middle District of Florida
13                                  Tampa Division
                                    Date:  September 6, 2019
14

15

16

17

18

19

20

21

22

23

24

25
```