UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:18-cr-234-T-35SPF

CHRISTOPHER BRIAN COSIMANO

## UNITED STATES' SENTENCING MEMORANDUM
## IN SUPPORT OF THE PRESENTENCE REPORT

On August 12, 2019, a jury found Christopher Brian Cosimano guilty of Conspiracy to Commit Murder in Aid of Racketeering Activity, Murder in Aid of Racketeering Activity, Use of a Firearm During and in Relation to a Crime of Violence, and Use of a Firearm During and in Relation to a Crime of Violence Causing Death. Doc. 381. He is scheduled to be sentenced on November 20, 2019. Doc. 390. On November 8, 2019, U.S. Probation published Cosimano's Presentence Investigation Report. Doc. 456. The Government has no objections to the facts or application of the guidelines outlined in that report. Furthermore, in light of the factors set forth in 18 U.S.C. § 3553(a), the Government seeks a sentence in accordance with the guidelines reflected in Cosimano's presentence report.

2

                              Respectfully submitted,

                              MARIA CHAPA LOPEZ
                              United States Attorney

By:          */s/ Carlton C. Gammons*
               Carlton C. Gammons
               Assistant United States Attorney
               Florida Bar No. 0085903
               400 N. Tampa Street, Suite 3200
               Tampa, Florida 33602-4798
               Telephone: (813) 274-6000
               Facsimile: (813) 274-6358
               E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Cosimano       Case No. 8:18-cr-234-T-35SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov