**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:18-cr-234-T-35SPF | DATE: November 20, 2019 |
|---|---|
| TITLE: USA v. **Christopher Brian Cosimano** | |
| TIME: 9:20AM – 9:47AM | TOTAL: 27 Minutes |

| Courtroom Deputy: Michelle Rucker | Interpreter: N/A |
|---|---|
| Court Reporter: David Collier | Probation: Stephen Edwards |
| Counsel for Government: | Carlton Curtiss Gammons, AUSA |
| Counsel for Defendant: | J. Jervis Wise, CJA |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, and Three of the Second Superseding Indictment.

Allocution by the defendant.

Government presented to the Court a letter from the victim's sister and photographs from the victim's mother.

Imprisonment: **120 MONTHS as to Count One; Life as to Count Two, to run concurrently; and 120 MONTHS as to Count Three, to run consecutively to Counts One and Two.**

The Court makes the following recommendations to the Bureau of Prisons:

- Confinement at Fort Dix, due to safety concerns

Supervised Release: **Five (5) Years, which consists of Three (3) Years as to Count One; and Five (5) Years as to Counts Two and Three, to run concurrently.**

Fine is waived.

Special Assessment: $300.00, to be paid immediately.

Defendant shall cooperate in the collection of DNA.

Special conditions of supervised release:

- If the Defendant were to ever be on supervised release, he would be subject to the mandatory and standard conditions of the Middle District of Florida.

Defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons.

The original indictment and the superseding indictment are dismissed on motion by the U.S. Attorney.

Defendant advised of right to appeal and of right to counsel on appeal.

Note: Count Four (4) of the second superseding indictment was dismissed by motion of the United States (Dkt 448), after the Jury verdict (Dkt 381) and prior to sentencing.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 43 |
| Criminal History Category: | III |
| Imprisonment Range | Life plus 10 years consecutive |
| Supervised Release Range | 1 year - 3 years (Count 1), 2 years - 5 years (Counts 2 and 3) |
| Restitution: | N/A |
| Fine Range | $50,000 - $500,000 |
| Special Assessment | $300.00 |

.